EXHIBIT B

CLAIM CHART

EXHIBIT B

# ICEraQ 10

| Claim Element(s) | Where Found in Accused Instrumentalities |
|---|---|
| 1. An Appliance immersion cooling system comprising: | To the extent the preamble is limiting, below is an image of the ICEraQ 10 which depicts an appliance immersion cooling system.<br><br> |
| a. tank adapted to immerse in a dielectric fluid a plurality of electrical appliances, each in a respective appliance slot distributed vertically along, and extending transverse to, a long wall of the tank, the tank comprising: | Below is an image of the ICEraQ Flex which depicts a tank adapted to immerse in a dielectric fluid a pluarily of electrical appliances, each in a respective appliance slot distributed vertically along, and extending transverse to, a long wall of the tank. The ICEraQ Flex has a tank that holds multiple enterprise servers. Each server is set into an appliance slot, and each is fully immersed in a dielectric fluid. |



| | |
|---|---|
| i. A weir, integrated horizontally into the long wall of the tank adjacent all appliance slots, having an overflow lip adapted to facilitate substantially uniform recovery of the dielectric fluid flowing through each appliance slot. | Below is an image from a video located Green Revolution Cooling, Inc.'s website found at url https://www.grcooling.com/assets/seth-estrada-with-mineyour-biz-interviews-grcs-client-development-manager-neal-cox/ which depicts the wier located along the long wall of the tank. The weir is shown as the gray boxes on the left side of the image below. The gray boxes are mesh which allows the fluid to flow freely into the fluid recover reservoir, facilitating uniform recovery.<br><br><br><br>Below is an image from a video located Green Revolution Cooling, Inc.'s website found at url https://www.grcooling.com/learning-center/dcd-ny-2021-webinar/ The weir in this image is on the right side of the image depicted by mesh boxes in the white wall on the right side of the liquid. This image depicts the weir located along the long wall of the tank: |



The image below is from the same source. This image is a close up of the image above. This image clearly depicts mesh in the wall which acts as a weir:



Further, the image below depicts the GRC ICERAQ 10 weir in action inside the tank in animated form. The picture is annotated by red arrows depicting the location of the weir.



| | |
|---|---|
| ii. A dielectric fluid recovery reservoir positioned vertically beneath the overflow lip of the weir and adapted to receive the dielectric fluid over the weir. | A weir is a gravity fed structure that allows fluid to overflow a lip. The overflowing fluid must be received at a recovery reservoir for collection prior to the fluid being circulated by a pump. Because there is a gravity flow overflow weir in the GRC system, there will be a fluid recovery reservoir. The recovery reservoir must be located vertically beneath the overflow lip to collect the dielectric fluid. |

| b. A primary circulation facility adapted to circulate the dielectric fluid through the tank, comprising: | Below is an image of a primary circulation facility found at https://www.grcooling.com/ICEraQ/  This system contains a high efficiency heat exchanger:  Redundant variable-speed pumps. The pumps and associated plumbing circulate the dielectric fluid through the tank. |
|---|---|



And intelligent controls:



| | |
|---|---|
| i. A plenum, positioned adjacent the bottom of the tank, adapted to dispense the dielectric fluid substantially uniformly upward through each appliance slot; | On information and belief, the ICEraQ contains a plenum which is adjacent to the bottom of the tank adapted to dispense the dielectric fluid substantially uniformly upward through each appliance slot. The plenum is depicted faintly. Holes can be seen in the image below on the bottom of the tank in a uniform line. Below is an image which depicts the potential presence of a plenum, as indicated by the red box annotated on the image: |



*Reduce Costs and Improve Sustainability*

| | |
|---|---|
| c. A secondary fluid circulation facility adapted to extract heat from the dielectric fluid circulation in the primary circulation facility, and dissipate to the environment the heat so extracted and | Below is an image of the operation of the ICEraQ which identifies a secondary fluid circulation system: |





| d. a control facility adapted to coordinate the operation of the primary and secondary fluid circulation facilities as a function of the temperature of the dielectric fluid in the tank. | Below is an image identifying a control facility. The Control Facility is identified as a coolant distribution unit. Further the ICEraQ contains intelligent controls. These are depicted in an infographic depicting how the coolant distribution unit works to coordinate the operation of the primary and secondary circulation facilities a function of the dielectric fluid in the tank: |
|---|---|



|  |  |
|---|---|
| 2. The system of claim 1 wherein the tank and primary circulation facility comprise a highly-integrated module. | Below is an image of the ICEraQ identify that the primary circulation facility is comprised of a highly integrated module.<br><br> |
| 3. The system of claim 1 wherein the tank further comprises:<br>a. An interconnected panel facility adapted to mount appliance support equipment. | Below is an image of the ICEraQ depicting an interconnected panel facility adapted to mount appliance support equipment. |





.

| 6. A tank module adapted for use in an appliance immersion cooling system, the dank module comprising: | |
|---|---|
| a. a tank adapted to immerse in a dielectric fluid a plurality of electrical | Below is an image of the ICEraQ Flex which depicts a tank adapted to immerse in a dielectric fluid a pluarily of electrical appliances, each in a respective appliance slot distributed vertically along, and extending transverse to, a long wall of the tank.  The ICEraQ Flex has a tank that holds multiple enterprise servers.  Each server is set into an appliance slot, and each is fully immersed in a dielectric fluid. |

| | |
|---|---|
| appliances, each in a respective appliance slot distributed vertically along, and extending transverse to, a long wall of the tank, the tank comprising: |  |
| i. A weir, integrated horizontally into the long wall of the tank adjacent all appliance slots, having an overflow lip adapted to facilitate substantially uniform recovery of the dielectric fluid flowing through each appliance slot; and; | Below is an image from a video located Green Revolution Cooling, Inc.'s website found at url https://www.grcooling.com/assets/seth-estrada-with-mineyour-biz-interviews-grcs-client-development-manager-neal-cox/ which depicts the weir located along the long wall of the tank. The weir is show as the gray boxes on the left side of the image below. The gray boxes are mesh which allows the fluid to flow freely into the fluid recover reservoir.<br><br><br><br>Below is an image from a video located Green Revolution Cooling, Inc.'s website found at url https://www.grcooling.com/learning-center/dcd-ny-2021-webinar/ |

The weir in this image is on the right side of the image depicted by mesh boxes in the white wall on the right side of the liquid. This image depicts the weir located along the long wall of the tank:



The image below is from the same source. This image is a close up of the image above. This image clearly depicts mesh in the wall which acts as a weir:



Further, the image below depicts the GRC ICERAQ 10 weir in action inside the tank in animated form. The picture is annotated by red arrows depicting the location of the weir.



*Supports 19" Industry Standard Form Factors*

| | |
|---|---|
| ii. A dielectric fluid recovery reservoir positioned vertically beneath the overflow lip of the weir and adapted to receive the dielectric fluid as it flows over the weir; | A weir is a gravity fed structure that allows fluid to overflow a lip. The overflowing fluid must be received at a recovery reservoir for collection prior to the fluid being circulated by a pump. Because there is a gravity flow overflow weir in the GRC system, there will be a fluid recovery reservoir.  The recovery reservoir must be located vertically beneath the overflow lip to collect the dielectric fluid. |
| b. A primary circulation facility adapted to circulate the dielectric fluid through the tank, comprising: | Below is an infographic which depicts the primary circulation facility of the ICEraQ 10. |





| | |
|---|---|
| i. A plenum, positioned adjacent the bottom of the tank, adapted to dispense the dielectric | On information and belief, the ICEraQ contains a plenum which is adjacent to the bottom of the tank adapted to dispense the dielectric fluid substantially uniformly upward through each appliance slot.  Below is an image which depicts the potential presence of a plenum. |

| | |
|---|---|
| fluid substantially uniformly upward through each appliance slot; and |  |
| c. A control facility adapted to control the operation of the primary fluid circulation facility as a function of the temperature of the dielectric fluid in the tank. | Below is an image identifying a control facility. The Control Facility is identified as a coolant distribution unit. Further the ICEraQ contains intelligent controls. These are depicted in an infographic depicting how the coolant distribution unit works to coordinate the operation of the primary and secondary circulation facilities a function of the dielectric fluid in the tank:<br><br> |



# HashRaQ Max

| Claim Element(s) | Where Found in Accused Instrumentalities |
|---|---|
| 1. An Appliance immersion cooling system comprising: | To the extent that the preamble is limiting, below is an image of the HashRaQ depicting a cooling system.<br><br>![HashRaQ Max cooling system] |
| 2. tank adapted to immerse in a dielectric fluid a plurality of electrical appliances, each in a respective appliance slot distributed vertically along, and extending transverse to, a long wall of the tank, the tank comprising: | Below is an image of the HashRaQ which depicts a tank adapted to immerse in a dielectric fluid a plurality of electrical appliances each in a respective appliance slot distributed vertically along, and extending transverse to, a long wall of the tank.<br><br> |

| | |
|---|---|
| 3. A weir, integrated horizontally into the long wall of the tank adjacent all appliance slots, having an overflow lip adapted to facilitate substantially uniform recovery of the dielectric fluid flowing through each appliance slot. | Below is an image of the HashRaQ depicting a weir located under the Power Dispersion Units along the center walls of the interior of the tank. This weir is adjacent to all appliance slots and adapted to allow for substantially uniform recovery of the dielectric fluid flowing through the appliance slots. The weir is indicated by red arrows and is a metal wall in the tank which separates the fluid from the overflow reservoir. This can be seen in the image below:  |
| 4. A dielectric fluid recovery reservoir positioned vertically beneath the overflow lip of the weir and adapted to receive the dielectric fluid over the weir. | Below is an image of the HashRaQ depicting a fluid recovery reservoir which are depicted underneath the power distribution units and cable management system. The reservoir has pipes exiting the tank near the center of the unit. The fluid recovery reservoir is indicated by a red rectangle and arrows in the image below:  |
| 5. A primary circulation facility adapted to circulate the | Below is an image of the HashRaQ indicating that the image contains a cooling distribution unit, which circulates the hot fluid flowing form the tank through the cooling system, and then circulates the cool fluid back through the tank. This meets the claim limitation of a primary circulation facility. |

| dielectric fluid through the tank, comprising: | <br><br>Below is an infographic that shows the operation of the cooling distribution unit.<br><br> |
| --- | --- |
| A plenum, positioned adjacent the | Below is an image of the HashRaQ which depicts a plenum positioned adjacent the bottom of the tank, adapted to dispense the dielectric fluid substantially uniformly upward through each appliance slot. |

| bottom of the tank, adapted to dispense the dielectric fluid substantially uniformly upward through each appliance slot; and |  |
| A secondary fluid circulation facility adapted to extract heat from the dielectric fluid circulation in | Below is an infographic which depicts the primary and secondary circulation facilities working in tandem. This image, on information and belief, applies to the application of the primary and secondary circulation facilities in the HashRaQ. |

| the primary circulation facility and dissipate to the environment the heat so extracted. |  |
| --- | --- |
| A control facility adapted to control the operation of the primary fluid circulation facility as a function of the temperature of the dielectric fluid in the tank. | The HashRaQ has a Coolant Distribution Unit that operates as a control facility. This is confirmed below in a HashRaQ Max information sheet under monitoring and reporting. This information sheet details a control system adapted to control the operation of the primary and secondary circulation facilities as a function of the temperature of the dielectric fluid in the tank.<br><br> |



| | | |
|---|---|---|
| **2. The system of claim 1 wherein the tank and primary circulation facility comprise a highly-integrated module.** | Below is an image of the HashRaQ depicting a highly integrated module: | |



| | |
|---|---|
| 3. The system of claim 1 wherein the tank further comprises: An interconnected panel facility adapted to mount appliance support equipment. | Below is an image of the ICEraQ depicting an interconnected panel facility adapted to mount appliance support equipment.<br><br><br><br>. |

| | |
|---|---|
| 6. A tank module adapted for use in an appliance immersion cooling system, the dank module comprising: | To the extent that the preamble is limiting, below is an image of the HashRaQ depicting a cooling system.<br><br> |
| a. a tank adapted to immerse in a dielectric fluid a plurality of electrical appliances, each in a respective appliance slot distributed vertically along, and extending transverse to, a long wall of the tank, the tank comprising: | Below is an image of the HashRaQ which depicts a tank adapted to immerse in a dielectric fluid a plurality of electrical appliances each in a respective appliance slot distributed vertically along, and extending transverse to, a long wall of the tank.<br><br> |
| iii. A weir, integrated horizontally into the long wall of the tank | Below is an image of the HashRaQ depicting a weir located under the Power Dispersion Units along the center walls of the interior of the tank. This weir is adjacent to all appliance slots and adapted to allow for substantially uniform recovery of the dielectric fluid flowing through the appliance slots. The weir is indicated by red arrows, and is a metal wall in the |

| | |
|---|---|
| adjacent all appliance slots, having an overflow lip adapted to facilitate substantially uniform recovery of the dielectric fluid flowing through each appliance slot; and; | tank which separates the fluid from the overflow reservoir. This can be seen in the image below:<br><br> |
| iv. A dielectric fluid recovery reservoir positioned vertically beneath the overflow lip of the weir and adapted to receive the dielectric fluid as it flows over the weir; | Below is an image of the HashRaQ depicting a fluid recovery reservoir which are depicted underneath the power distribution units and cable management system. The reservoir has pipes exiting the tank near the center of the unit. The fluid recovery reservoir is indicated by a red rectangle and arrows in the image below:<br><br> |
| d. A primary circulation facility adapted to circulate the dielectric fluid through the tank, comprising: | Below is an image of the HashRaQ indicating that the image contains a cooling distribution unit, which circulates the hot fluid flowing form the tank through the cooling system, and then circulates the cool fluid back through the tank. This meets the claim limitation of a primary circulation facility. |



Below is an infographic that shows the operation of the cooling distribution unit.



| | |
|---|---|
| ii. A plenum, positioned adjacent the bottom of the tank, adapted to dispense the dielectric fluid substantially uniformly upward through each appliance slot; and | Below is an image of the HashRaQ which depicts a plenum positioned adjacent the bottom of the tank, adapted to dispense the dielectric fluid substantially uniformly upward through each appliance slot.<br><br><br>PLENUM |
| e. A control facility adapted to control the operation of the primary fluid circulation facility as a | The HashRaQ has a Coolant Distribution Unit that operates as a control facility. This is confirmed below in a HashRaQ Max information sheet under monitoring and reporting. This information sheet details a control system adapted to control the operation of the primary and secondary circulation facilities as a function of the temperature of the dielectric fluid in the tank. |

| function of the temperature of the dielectric fluid in the tank. |  |



# HashRaQ MAX

## General Product Specifications

| | |
|---|---|
| Number of Immersion-Cooled Racks | 2 |
| Total Miner Capacity | 48 Bitmain S19 miners |
| Number of CDUs per Double-Capacity Rack | 1[1] |
| Total Cooling Capacity | |
|    Chiller-Free Water: 40°C (104°F) | 288 kW[4] |
| Over-Clocking Capability | 6 kW/miner[4] |
| pPUE[4] | <1.02 |
| Standard PDU Details | |
|    Quantity | Four |
|    Outlets | 24 C19 each |
|    Architecture | Basic |
|    Circuit Breaker Amps | 160A each |
| Alternate PDUs Available | |
| Overall Dimensions (L x W x H) | 2.85 m x 1.97 m x 1.55 m (9.4 ft x 6.5 ft x 5.1 ft) |
| Estimated Component Weights | |
|    Racks, CDU, and Stand | 227 kg (500 lbs) |
|    Coolant | 860 kg (1894 lbs) |
| Estimated Weight When Commissioned[7] | 1950 kg (4300 lbs) |

## Power and Water

| | |
|---|---|
| Final Heat Rejection Options | Flexible options can include: Adiabatic/evaporative cooling tower |
| | Dry cooler[8] |
| Water Requirements | Maximum particulate size 0.8 mm[9] |
| | Input temperature |
| | 40°C (104°F) |
| | Recirculating flow |
| | 29.5 m³/hr (130 gpm) |
| | 6 to 9°C dT (10 to 15°F dT) |
| | Connection |
| | 73.0 mm (2.5") male Victaulic |
| CDU Power Requirements | 1x 3PH 460VAC 60hz, max power consumption 3.7kW |
| PDU Power Requirements | 4x 160A 415Y/240VAC[10] |

## Monitoring and Reporting

| | |
|---|---|
| Platform | IoT with Modbus TCP/IP for BMS interface |
| Alerting | Alerts via DCIM platform |
| DCIM/BMS Integration Protocols | Modbus |
| Measurements and Fault Detection | Operating temperatures of coolant and water |
| | Coolant pressure |
| | Coolant levels |

## Site Requirements

| | |
|---|---|
| Client provides | Access to power and recirculating water[5] |
| | Secondary containment |
| | Level surface (slab or raised floor) with slope <1/650 |
| | Standard data center fire suppression as required |
| Operating Environment | Ambient temperature 5 to 45°C (40 to 113°F) |

## Delivery and Installation

| | |
|---|---|
| Lead Time | Typically ships within 12 weeks after receipt of purchase order. |
| Shipping Terms | Ex-Works |
| On-site Installation and Training[11] | One business day per unit |

## Warranty

Includes 90-day limited warranty against defects in material and workmanship with limited support. Annual monitoring plans

Other plans available for additional cost:
Full year limited warranties and support plans

Annual maintenance plans

---

[1] An additional spare CDU available for additional cost.
[2] CDU is designed for up to 288 kW (6 kW per miner). Actual cooling capacity will depend on end user's specified level of overclocking, as well as final heat rejection system.
[3] Over-clocking greater than 6 kW/miner may require colder/chilled water.
[4] General specification assuming 6 kW/miner. Values will change if end user utilizes less over-clocking.
[5] Includes coolant, mining equipment, cables, and cords. Actual weight depends on configuration.
[6] System cooling performance dependent on climate.
[7] Failures resulting from particulates exceeding 0.8mm or poor water quality will void warranty.
[8] One input power feed per PDU.
[9] GRC and HTS can assist in heat rejection design/implementation.
[10] Installation applies to installing the rack in the data center space only and does not include installation of digital asset mining equipment.



THE IMMERSION COOLING AUTHORITY®