UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:24-cv-166 |
| - vs. - | **Jury Trial Demanded** |
| **Green Revolution Cooling, Inc.** | |
| Defendant | |

## NOTICE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Midas Green Technologies, LLC ("Midas") discloses that the following are parent corporation(s) and/or individuals that own 10% or more of Midas.

- **Francisco Conti**
- **MDD Investments, LP**
- **Mario Conti**

#415307v1

DATED: April 2, 2024                                    Respectfully submitted,
                                                        /s/ Joseph E. Thomas

                                                        Joseph E. Thomas (*admitted p.h.v.*)
                                                        William J. Kolegraff (*admitted p.h.v.*)
                                                        Grant J. Thomas (*admitted p.h.v.*)
                                                        THOMAS WHITELAW & KOLEGRAFF LLP
                                                        18101 Von Karman Ave., Suite 230
                                                        Irvine, California 92612
                                                        Telephone: (949) 679-6400
                                                        Fax: (949) 679-6405
                                                        jthomas@twtlaw.com
                                                        bkolegraff@twtlaw.com
                                                        gthomas@twtlaw.com

                                                        Michael C. Smith
                                                        Texas Bar No. 18650410
                                                        michael.smith@solidcounsel.com
                                                        Scheef & Stone, LLP
                                                        113 E. Austin Street
                                                        Marshall, TX 75670
                                                        (903) 938-8900

                                                        Attorneys for Plaintiff Midas Green
                                                        Technologies, LLC

#415307v1

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who have appeared electronically in this case are being served with this document on April 2, 2024 by way of the primary email address that said counsel supplied to the Court's CM/ECF system.

/s/ Tierra Mendiola

#415307v1