UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:24-cv-166 |
| - vs. - | **Jury Trial Demanded** |
| **Green Revolution Cooling, Inc.** | |
| Defendant | |

## NOTICE OF RELATED CASES

**PLEASE TAKE NOTICE** that, pursuant to this Court's Standing Order Governing Proceedings (OGP) 4.4. – Patent Cases at Section X.(16), Plaintiff Midas Green Technologies, LLC ("Midas") hereby provides notice of a related case before Honorable Alan D. Albright in the Western District of Texas, entitled *Midas Green Technologies, LLC v. Rhodium Enterprises, Inc. et al.,* Case No. 6:22-cv-00050-ADA. "Cases shall be related when they share at least one common asserted patent." This case is related under this definition because Midas is asserting the same patent in this case.

1

| | |
|---|---|
| DATED: April 2, 2024 | Respectfully submitted,<br>*/s/ Joseph E. Thomas*<br><br>Joseph E. Thomas (*admitted p.h.v.*)<br>William J. Kolegraff (*admitted p.h.v.*)<br>Grant J. Thomas (*admitted p.h.v.*)<br>THOMAS WHITELAW & KOLEGRAFF LLP<br>18101 Von Karman Ave., Suite 230<br>Irvine, California 92612<br>Telephone: (949) 679-6400<br>Fax: (949) 679-6405<br>jthomas@twtlaw.com<br>bkolegraff@twtlaw.com<br>gthomas@twtlaw.com<br><br>Michael C. Smith<br>Texas Bar No. 18650410<br>michael.smith@solidcounsel.com<br>Scheef & Stone, LLP<br>113 E. Austin Street<br>Marshall, TX 75670<br>(903) 938-8900<br><br>Attorneys for Plaintiff Midas Green Technologies, LLC |

#415307v1

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who have appeared electronically in this case are being served with this document on April 2, 2024 by way of the primary email address that said counsel supplied to the Court's CM/ECF system.

/s/ Tierra Mendiola

#415307v1