IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Midas Green Technologies, LLC | § § § | |
| Plaintiff | § | |
| v. | § | Civil Action No. 6:24-cv-00166 |
| | § | |
| Green Revolution Cooling, Inc. | § § | |
| Defendant | § | |

**NOTICE OF ATTORNEY APPEARANCE**

The undersigned attorney hereby enters an appearance as counsel of record for Plaintiff Midas Green Technologies, LLC ("Midas") and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiff.

Dated: April 2, 2024

Respectfully submitted,

_____
Michael C. Smith
SCHEEF & STONE, LLP
113 East Austin Street
Marshall, TX 75670
Tel.: (903) 938-8900
Michael.Smith@solidcounsel.com

COUNSEL FOR PLAINTIFF
MIDAS GREEN TECHNOLOGIES, LLC