UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Midas Green Technologies, LLC

vs.                                                                  Case No.: 6:24-cv-00166-ADA

Green Revolution Cooling, Inc.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now William J. Kolegraff, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Midas Green Technologies, LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Thomas Whitelaw & Kolegraff LLP with offices at:

   Mailing address: 18101 Von Karman Ave., Ste. 230

   City, State, Zip Code: Irvine, CA 92612

   Telephone: 949-679-6400    Facsimile: 949-679-6405

2. Since 12/2/1996, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 183861.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | CAND, CACD | 2022/2020 |
   | Texas, Western | 2023 |
   | Texas, Eastern | 2023 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:22-cv-00050-ADA on the 2 day of February, 2023.

Number: _____ on the ___ day of _____, ____.

Number: _____ on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael C. Smith, Scheef & Stone LLP

Mailing address: 113 East Austin Street

City, State, Zip Code: Marshall, TX 75670

Telephone: 903-938-8900

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of William J. Kolegraff to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

William J. Kolegraff
[printed name of Applicant]

*William J. Kolegraff*
[signature of Applicant]

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 12 day of April, 2024.

William J. Kolegraff
[printed name of Applicant]

*William J. Kolegraff*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Midas Green Technologies, LLC

vs.   Case No.: 6:24-cv-00166-ADA

Green Revolution Cooling, Inc.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by William J. Kolegraff, counsel for Midas Green Technologies, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and William J. Kolegraff may appear on behalf of Midas Green Technologies, LLC in the above case.

IT IS FURTHER ORDERED that William J. Kolegraff, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of April _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE