AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Midas Green Technologies, LLC <br><br> *Plaintiff(s)* <br> v. <br> Green Revolution Cooling, Inc. <br><br> *Defendant(s)* | Civil Action No. 6:24-cv-166 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Green Revolution Cooling, Inc.
Registered Agent
Harvard Business Services, Inc.
16192 Coastal HWY
Lewes, DE 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas Whitelaw & Kolegraff LLP
Joseph E. Thomas
18101 Von Karman Ave., Ste. 230
Irvine, CA 92612
jthomas@twtlaw.com
949-679-6400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date: 04/03/2024

*SMaxwell*

*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney:<br>Joseph E. Thomas (SBN 325011)<br>THOMAS WHITELAW & KOLEGRAFF LLP<br>18101 VON KARMAN AVENUE, SUITE 230<br>IRVINE, CA 92612<br>Telephone No: 949-679-6400<br>Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: GRC | |

Insert name of Court, and Judicial District and Branch Court:
IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION

Plaintiff: Midas Green Technologies, LLC
Defendant: Green Revolution Cooling, Inc.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>6:24-cv-00166-ADA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action (04/03/24); Summons in a Civil Action (04/02/24); Complaint for Patent Infringement; Civil Cover Sheet; Notice of Interested Parties; Notice of Related Cases; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served: Green Revolution Cooling, Inc.
   b. Person served: Gary Damiani, Authorized to Accept Service for Harvard Business Services, Inc., Agent for Service of Process / Served under F.R.C.P. Rule 4.

4. Address where the party was served: 16192 Coastal HWY, Lewes, DE 19958

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Apr 23 2024 (2) at: 11:09 AM

6. **Person Who Served Papers:**
   a. Tina Irizarry
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee for Service was:* $329.07

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

04/24/2024        (Signature)
(Date)



PROOF OF SERVICE

10909128
(12046993)