IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 6:24-cv-166 |
| v. § | |
| § | |
| **Green Revolution Cooling, Inc.** § | |
| § | |
| Defendant. § | |
| § | |

**NOTICE OF UNOPPOSED REQUEST TO CHANGE DEADLINE FOR
DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, Defendant Green Revolution Cooling, Inc. ("GRC") hereby submits the following Notice of Unopposed Request to Change Deadline for Defendant to File Responsive Pleading to Plaintiff's Complaint. GRC was served with Plaintiff Midas Green Technologies, LLC's ("Midas") Complaint on April 23, 2024, making its current response deadline May 14th, 2024. *See* Fed.R.Civ.P. 12. GRC requests that this deadline be extended 30 days. Counsel for GRC conferred with counsel for Midas (Joe Thomas) regarding this request on May 2, 2024, and Midas does not oppose. Defendant's deadline to file a responsive pleading shall therefore be **June 13, 2024**.

Dated: May 6, 2024                                    Respectfully submitted,

**MICHELMAN & ROBINSON, LLP**

By: */s/ Ashley N. Moore*
   Ashley N. Moore
   SDTX No. 3864837
   amoore@mrllp.com
   300 Crescent Ct., Suite 1700
   Dallas, TX 75201
   Telephone: (214) 273-4050

**ATTORNEY FOR GREEN REVOLUTION COOLING, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 6th day of May 2024.

*/s/ Ashley N. Moore*
Ashley N. Moore

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that she conferred with counsel for Midas Green Technologies, LLC, Mr. Joe Thomas of Thomas Whitelaw & Kolegraff, LLP, regarding this request on May 2, 2024, and that Midas does not oppose the 30-day extension requested here.

*/s/ Ashley N. Moore*
Ashley N. Moore