IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Midas Green Technologies, LLC,** | § § § | |
| Plaintiff, | § § | Civil Action No. 6:24-cv-166 |
| v. | § § | |
| **Green Revolution Cooling, Inc.** | § § § | |
| Defendant. | § § § | |

**ORDER GRANTING UNOPPOSED REQUEST TO CHANGE DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Pending before this Court is Defendant Green Revolution Cooling, Inc.'s Unopposed Request to Change Deadline for Defendant to File Responsive Pleading to Plaintiff's Complaint. Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, the Court **GRANTS** this Request.

Accordingly, it is hereby ORDERED that the deadline for Defendant to file its responsive pleading to Plaintiff's Complaint is extended until June 13, 2024.

**IT IS SO ORDERED.**

_____, 2024.

_____
Judge Presiding
United States District Court