# EXHIBIT A

# Green Revolution Cooling
## The most efficient data center cooling solution available

**POWERFUL**
Ideal for cooling very high power densities

**EFFICIENT**
⇒ Average 5W cooling for every 100W power
⇒ 90% less water use

**LOW COST**
⇒ Much lower total cost of ownership
⇒ Simpler infrastructure

## PROBLEM
Choosing a data center cooling method traditionally requires making tradeoffs. Air cooling is simple but requires significant added energy and specialized equipment to overcome air's low heat transfer qualities. The use of water is problematic because of water's conductivity. Typical water-cooled solutions run water only as far as the rack, not the server, negating most of water's potential efficiencies. A better alternative is needed: one that offers low cooling energy use, high power densities, significantly lower total cost of ownership, and no risk to server components.

## OUR SOLUTION: SUBMERSION COOLING
For years high-powered electrical transformers, supercomputers, and over-clocked gaming computers have harnessed the power of dielectric fluid submersion for high performance. Green Revolution Cooling is the first to develop a system that couples low costs and low energy usage with high performance.



## Advantages

### Low Costs
- Much cheaper infrastructure: no CRACs, no chiller, no hot/cold aisle, smaller generators
- Integrated rack rails (no need to purchase with server)
- Simplifies building design requirements

### Flexible and Reliable
- Smart systems monitoring with fully redundant cooling system
- Optional containerized version allows installation anywhere
- Compatible with any server from any OEM with available 3-year warranty on servers

### Efficient
- Approximately 45% reduction in data center power consumption
  - 5 to 25% server power reduction due to removal of internal fans
  - 95% less cooling power. Cooling power is often 1/3 of total power use
- Low water-use option: 90% reduction in water consumption
- Easy to recapture heat

### Standard Features
- Standard 42U rack with double containment tank enclosure
- Easy-to-use cable management
- Integrates with standard PDUs and switches
- Provided with everything required to be "plug & play"



Tel: (512) 692-8003
Fax: (210) 485-1175
www.grcooling.com

© Copyright 2009. GREEN REVOLUTION COOLING, INC. ALL RIGHTS RESERVED. Specifications are subject to change without notice.

# Green Revolution Cooling
*The most efficient data center cooling solution available*

## GR Cooling Technology

The system performs its primary function in three steps: flows coolant through the server to capture heat at the point of generation, transports heated coolant to an outside heat exchanger, then rejects heat to the outside air.

The coolant temperature can be significantly higher than the air temperature in a similar air cooling system due to superior heat transfer properties. Coolant heated to 110F can be easily cooled through simple outside heat exchangers so chillers are no longer required and cooling energy use is minimized.

In addition, our coolant holds 1,200 times more heat by volume than air to dramatically reduce "hot spots." Our coolant formulation is less conductive than PVC or dry wood, environmentally friendly, readily available, highly stable, and is a powerful coolant.



### SPECIFICATIONS

Cooling Capacity: >30kW/ rack
Server Capacity: 42U per rack
Rack weight: 2,000 lbs w/ coolant
Area of base: 13.3 feet²
Humidity: 5-96%
Coolant Temp: 38-48 ºC
Required Ambient Temp: N/A
System Warranty: 1 year

### SERVICES AVAILABLE

Technical Support
Maintenance
3 Yr Server Warranty

## Product Installation

1. Client specifies and purchases servers of his/her choice
2. Client provides a simple building structure such as an enclosed concrete pad
   No raised floors or hot/cold aisles needed for air flow
3. Based on servers chosen, GR Cooling sizes system and supervises installation of server rack, cooling system, and necessary piping
4. Customer provides electrical infrastructure such as PDUs, generators, UPS, and wiring
5. Before submersion, servers require slight modification done at customer's site

### LEGAL AND SAFETY

System designed to meet Clean Water Act and Fire Code Regulations

## Server Maintenance

- Server is removed vertically from the open rack
- Coolant quickly drains away for easy maintenance
- Maintenance performed without any server cleaning procedure
- Workspace remains mess free with provided redundant spill containment
- Safe to touch: coolant is similar to mineral oil—add fragrance and you have baby oil
- Coolant does not adversely affect server reliability

## Control System

- Intelligent management system optimizes energy use vs. cooling need
- Temperature, pressure, and fluid level monitors at multiple locations
- Alerts in the event of changes in coolant level, temperature, pump/filter failure
- Backup pump for full redundancy
- Graphical User Interface with intuitive control panel



Tel: (512) 692-8003
Fax: (210) 485-1175
www.grcooling.com

© Copyright 2009. GREEN REVOLUTION COOLING, INC. ALL RIGHTS RESERVED. Specifications are subject to change without notice.