# EXHIBIT B

# Green Revolution Cooling

## The CarnotJet™ System:
## Liquid Submersion Server Cooling



This is one of the most powerful and efficient server cooling systems in the world. It has over 100 kW of cooling potential per rack and can reduce a data center's total energy use by 50%. It accepts any OEM server and can reduce total data center build-out cost by up to 40%.



Four-Rack CarnotJet™ System Installation



SC11 Seattle, WA
Connecting communities through HPC

www.grcooling.com     Copyright 2011 GR Cooling. All rights reserved. Specifications are subject to change without notice.     +1 (512) 692 - 8003

# Liquid Submersion Cooling



## Why

Reduce data center cooling energy use by 95%

Reduce server power consumption by 10-20%

Use **any** OEM rack-mounted server, CPU, or GPU

Potential to support high densities of 100kW+ per rack

Lower upfront cost to build a data center

## How

GreenDEF™ liquid coolant holds 1,200 times more heat by volume than air

Total server submersion allows for maximum heat dissipation

No need for CRACs, CRAHs, chillers, or fans

### What is dielectric liquid submersion cooling?

Liquid submersion cooling has been the standard for many industrial high density cooling needs since the 1920s. Many high voltage electrical transformers, circuit breakers, capacitors and power substations depend on liquid cooling.

Our complete server cooling systems for data centers feature GreenDEF™ coolant, a non-conductive liquid similar to white oil. Our coolant is chemically stable, clear and odorless, low priced, non-toxic, and environmentally friendly.

## Who

Customers include three of the Top 500 supcomputing sites in the U.S. and Europe, a major U.S. bank, and more






# Proven Energy Savings



\* Additional 10-20% reduction of server power with removal of server fans

www.grcooling.com    Copyright 2011 GR Cooling. All rights reserved. Specifications are subject to change without notice.



3



# The CarnotJet™ System Offers Net Savings of $77K per Rack





* 10 yr data center life, $.075/kWh, 9% discount rate, 3% annual energy price, 20kW rack

† For single 20kW rack

# The CarnotJet™ System



### Any OEM Server

### CarnotJet™ 42U Rack

- Vertically mounted OEM server
- Ethernet cable guides
- Power cable guides
- PDU Mount
- Liquid fill line

### Heat Flow

- 35° - 50° C Water
- Outdoors / Indoors
- Pumps and Control
- CarnotJet™ Rack
- Servers

**Install any standard OEM rack server**
- » Any brand
- » CPU and GPU compatible
- » Fiber and InfiniBand compatible

**Submerge into GreenDEF™ liquid**
- » Captures 100% of heat
- » Requires no air cooling

**Intelligent control system**
- » Heat expelled outside
- » Alerts/monitoring software

 

## How We Save Energy

### Computers can function at 45°C (113°F)
Hard drives are limiting factor: reliable up to 45°C*

Intel CPU reliable at 75°C (167°F)

### Air is a poor heat conductor
Must be kept at 25°C (77°F)  (using ~7°C [45°F] chilled water) to cool servers

### GreenDEF™ at 38°C (100°F) is just as effective as 25°C (77°F) air
Coolant transfers more heat at greater effectiveness



**Easy to keep GreenDEF™ at 38°C (100°F).  Energy intensive to cool water to ~7°C (45°F).**

* Google study: Failure Trends in a Large Disk Drive Population, Barasso (2007)

 # Fewer Infrastructure Requirements 

| | Air Cooling | CarnotJet™ |
|---|:---:|:---:|
| CRAC/CRAH | ● | ○ |
| Chiller | ● | ○ |
| Large Backup Generator* | ● | ◐ |
| Air-Flow Engineering | ● | ○ |
| Hot/Cold Aisle | ● | ○ |
| Raised Floors/Special Floors | ● | ○ |
| Rack Rails | ● | ○ |

● Required
○ Not used
◐ Half-sized

*Generator proportional to power

www.grcooling.com   Copyright 2011 GR Cooling. All rights reserved. Specifications are subject to change without notice.

7



# Why it Works: Dielectric Liquid



## GreenDEF™ Coolant:

**Proven**:

» Long history of liquid submersion technology in the computing and electric power industries

» More than 500,000 hours of server time logged in the CarnotJet™ system by our customers over the past two years

**Powerful**:

» Virtually unlimited heat density and scalability for the future

**Non toxic**:

» Not hazardous to humans

» Similar formulations of white oil used in cosmetics

## Server Support:

The CarnotJet™ system will support any OEM server after three simple modifications:

» Removal of server fans

» Replacement of thermal grease with foil alternative

» Encapsulation of hard drives

## Server Warranty:



Green Revolution Cooling has partnered with Signature Technology Group, a leading full service IT support company, to offer warranty on all OEM servers installed in our dielectric liquid submersion cooling systems.

 Copyright 2011 GR Cooling. All rights reserved. Specifications are subject to change without notice.



8

# Additional Advantages



## Increased server reliability

» No server fans

» Enhanced electrical connector reliability

» No hot spots and no dust accumulation

» Hard drives subjected to much less vibration resulting in fewer read/write errors

## Easy Server Removal and Maintenance

» Rack features a lift-up cover for quick access

» Fluid drains off quickly, units can be serviced immediately (no drying required)

» Typically requires 60 seconds to swap DIMM memory stick


Step 1: Select server


Step 2: Lift; fluid drains off


Step 3: Place server on service rails, draining continues

# Case Study: Texas Advanced Computing Center[†]





### Installation Facts:

Fluid-submerged Blade System (Dell M1000e) and various 1U servers

April 2010 installation, 100% system uptime

40% less total energy consumption (servers + cooling)

PUE* = 1.03

10-20% less server power (fan removal)

PetaFlop installation in planning stages for Q1 2012 (65kW and 252 GPUs per 42U rack)

| | |
|---|---|
| Install Location | Loading dock |
| Room Climate Control | Unconditioned |
| Rack Size | 42U |
| Rack Area | ~1.2 m$^2$ |
| Heat Load Capacity | 40 kW |
| Servers Installed | M1000e blade chassis |
| Secondary Containment | Modular |
| Heat Exchange Method | Evaporative cooling tower |

[†] Texas Advanced Computing Center [TACC] currently houses *Ranger*, #15 on the Top 500 supercomputing list.
*PUE is (cooling power + server power) / (server power)

## Case Study: Midas Networks





### Installation Facts:

Dec 2009: 8U beta install

Jan 2011: four rack, 100kW installation, 100% continuous system uptime

50% less energy than air-cooled system

10-20% less server power (fan removal)

PUE* = 1.03

Fully installed four rack system significantly lower cost than air-cooled system

| | |
|---|---|
| Install Location | Production space |
| Room Climate Control | Comfort cooling |
| Rack Size | 4 x 42U |
| Total Rack Area | ~11.2 m² |
| Heat Load Capacity | 100 kW (25 kW per rack) |
| Servers Installed | 1U servers |
| Secondary Containment | Berm/Catwalk system |
| Heat Exchange Method | Redundant evaporative cooling towers |

> " We wanted the ability to cool blade servers and other next generation technology, and that was not going to be practical with air-cooling. "
>
> --Kenneth Tooke, President, Midas Networks

*PUE is (cooling power + server power) / (server power)

www.grcooling.com    Copyright 2011 GR Cooling. All rights reserved. Specifications are subject to change without notice.

11



## Cost effective
Save $77,000 per rack, lifetime, compared to a standard air-cooled solution

## Environmentally friendly
Most efficient solution available

## Powerful
Up to 100kW per rack

# Find out more at www.grcooling.com