# EXHIBIT D

The Clear Solution for Data Center Cooling™
Extreme cooling performance with low-cost dielectric fluid submersion cooling

# The CarnotJet™ System

### featuring GreenDEF™ coolant



Any OEM Server          42U CarnotJet™ Rack          4 x 42U Racks with Pump Module

The **CarnotJet™** system is an end-to-end fluid submersion cooling system for rack-based OEM servers that uses GreenDEF™ coolant, a clear, odorless, non-conductive white mineral oil that has 1,200x more heat capacity by volume than air.



Server Warranty Provider



2010 Grant Awardee



A Disruptive Technology of the Year

 **ENERGY SAVINGS**
• 40-50% less overall data center power consumption
   • 95% less cooling power
   • 10-20% less server power (removal of internal server fans)

 **COST SAVINGS**
• Immediate savings for Greenfield installations
   • No CRACs or Chillers and smaller generators/UPS
• 1-3 year payback for most retrofits on energy savings alone

 **PERFORMANCE**
• Supports up to 100 kW per 42U Rack

**HEAT RECAPTURE**
• Recover and reuse server heat in the form of hot water


13U Evaluation Unit loaded with trays


Servers submerged in GreenDEF™ coolant


Fiber optic switch installed in CarnotJet™ system

+1 (512) 692 - 8003            www.grcooling.com            info@grcooling.com



# The Clear Solution for Data Center Cooling™
Extreme cooling performance with low-cost dielectric fluid submersion cooling

## SYSTEM REQUIREMENTS

### Servers

Any rack-mounted server from any OEM with only three simple modifications:

- Remove server fans
- Encapsulate hard drives
- Replace thermal grease with foil alternative

Supports high density: blades, trays, GPUs, etc.

### Heat Rejection

Use evaporative cooling tower, return side of existing chill loop, geothermal loop, or cooling pond

SERVER WARRANTIES BY  SIGNATURE TECHNOLOGY GROUP

## SYSTEM SPECIFICATIONS

### Standard System Contents

- 42U Rack/Tank
- Pumps, filters, heat exchangers, and instrumentation
- Control Software with real-time monitoring and diagnostics, with email and SNMP Alerts

### Cooling Power per Rack

- Any power density available up to 100 kW per rack
- Sized to meet customer specifications

### Evaluation Unit

- 13U Evaluation units available to lease for trials
  - Completely self contained
  - Plug and play

SINGLE RACK INSTALLATION

 

FOUR RACK CARNOTJET™ SYSTEM INSTALLATION

 

| INSTALL LOCATION | Loading dock |
|---|---|
| CLIMATE CONTROL | Unconditioned |
| RACK SIZE | 42U |
| TOTAL RACK AREA | ~1.2 m² |
| HEAT LOAD CAPACITY | 40 kW |
| SERVERS INSTALLED | Dell M1000e |
| SECONDARY CONTAINMENT | Modular |
| HEAT EXCHANGE METHOD | Evaporative cooling tower |

| INSTALL LOCATION | Production space |
|---|---|
| ROOM/CLIMATE CONTROL | Comfort cooling |
| RACK SIZE | 4 x 42U |
| TOTAL RACK AREA | ~11.2 m² |
| HEAT LOAD CAPACITY | 100 kW (25 kW per rack) |
| SERVERS INSTALLED | Various |
| SECONDARY CONTAINMENT | Berm/catwalk system |
| HEAT EXCHANGE METHOD | Evaporative cooling tower |

+1 (512) 692 - 8003

See more online at
www.grcooling.com

info@grcooling.com