# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

Waco

| | |
|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC | |
| vs. | Case No. 6:24-cv-00166 |
| GREEN REVOLUTION COOLING, INC. | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | Greenberg Traurig, LLP |
| Street | 2200 Ross Avenue, Suite 5200 |
| City, State, Zip | Dallas, TX 75201 |
| Telephone/Fax | 214-665-3777/214-665-3601 |
| State Bar # | 24074748 |

Respectfully submitted,

/s/ Ashley N. Moore

/s/ Ashley N. Moore

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov