AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Waco Division

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:24-CV-00166 |
| GREEN REVOLUTION COOLING, INC., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GREEN REVOLUTION COOLING, INC.

Date:  07/27/2024

/s/Sarah-Michelle Stearns
*Attorney's signature*

Sarah-Michelle Stearns
*Printed name and bar number*

State Bar No.: 24099029
GREENBERG TAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
*Address*

SarahMichelle.Stearns@gtlaw.com
*E-mail address*

(214) 665-3600
*Telephone number*

(214) 665-3601
*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of July, 2024, a true and correct copy of this Notice of Appearance was served on all counsel of record via the Court's eFiling system.

/s/Sarah-Michelle Stearns
Sarah-Michelle Stearns