AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas ▼

Waco Division

| | |
|---|---|
| Midas Green Technologies, LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| Green Revolution Cooling, Inc., | ) |
| *Defendant* | ) |

Case No.   6:24-CV-00166

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Green Revolution Cooling, Inc., _____ .

Date:     08/12/2024

/s/ Joseph William Shaneyfelt
*Attorney's signature*

Joseph William Shaneyfelt - TX 24105406
*Printed name and bar number*
Greenberg Traurig, LLP
300 W. 6th Street
Suite 2050
Austin, Texas 78701

*Address*

joe.shaneyfelt@gtlaw.com
*E-mail address*

(512) 320-7276
*Telephone number*

(512) 320-7210
*FAX number*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 12, 2024, a true and correct copy of the foregoing document is being electronically filed with the Court and that counsel of record who are deemed to have consented to electronic service are being served via the Court's CM/ECF system and electronic mail per Local Rule CV-5(a)(3).

*/s/ Joseph W. Shaneyfelt*
Joseph W. Shaneyfelt