# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

Midas Green Technologies, LLC

vs.

Green Revolution Cooling, Inc.

Case No.: 6:24-cv-00166-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jonathan Presvelis, counsel for Green Revolution Cooling, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jonathan Presvelis may appear on behalf of Green Revolution Cooling, Inc. in the above case.

IT IS FURTHER ORDERED that Jonathan Presvelis, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October, 20_____.

_____
UNITED STATES DISTRICT JUDGE