UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Midas Green Technologies, LLC,

vs.                                                                 Case No.: 6:24-cv-00166-ADA

Green Revolution Cooling, Inc.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Stephen M. Ullmer, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Green Revolution Cooling, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Greenberg Traurig LLP with offices at:

    Mailing address: 10260 SW Greenburg Road, Suite 400

    City, State, Zip Code: Portland, OR 97223

    Telephone: (503) 200-6200         Facsimile:

2. Since 09/2024, Applicant has been and presently is a member of and in good standing with the Bar of the State of Oregon. Applicant's bar license number is 243179.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | PLEASE SEE ATTACHED | |
    | | |
    | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   Arrested May 7, 2010 in Oakland, CA for public intoxication, never charged or convicted.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Ashley Moore

Mailing address: 2200 Ross Avenue Suite 5200

City, State, Zip Code: Dallas TX 75201

Telephone: (214) 665-3600

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Stephen M. Ullmer to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Stephen M. Ullmer
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 15th day of October 2024.

Stephen M. Ullmer
[printed name of Applicant]

[signature of Applicant]

## Stephen M. Ullmer's Court Admissions

| Court | Date of Admission | Status |
|---|---|---|
| Oregon | 9/19/2024 | Active |
| Colorado | 11/6/2018 | Active |
| California | 08/24/2011 | Active |
| U.S. District Court for the Eastern District of Texas | 11/04/2011 | Active |
| U.S. District Court for the Northern District of California | 12/12/2011 | Active |
| U.S. District Court for the Southern District of California | 05/02/2013 | Active |
| U.S. Court of Appeals for the Federal Circuit | 01/27/2017 | Active |