# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC,<br>       Plaintiff,<br><br>vs.<br><br>GREEN REVOLUTION COOLING, INC.,<br>       Defendant. | Civil Action No.: 6:24-cv-00166-ADA |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Aimee Housinger enters her appearance as counsel on behalf of Defendant Green Revolution Cooling, Inc. ("GRC") in this matter. Aimee Housinger may receive all communications from the Court and from other parties at: Greenberg Traurig, LLC., 1000 Louisiana Street Suite 6700 Houston TX 77002, 713.374.3570; email: housingera@gtlaw.com,

| | |
|---|---|
| Dated: October 24, 2024 | Respectfully submitted,<br><br>/s/ *Aimee Housinger*<br>Aimee Housinger<br>Texas Bar No. 24083203<br>**GREENBERG TRAURIG, LLP.**<br>1000 Louisiana Street Suite 6700<br>Houston TX 77002<br>713-374-3500 – Phone<br>**housingera@gtlaw.com**<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**GREEN REVOLUTION COOLING, INC.** |

2

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who have appeared electronically in this case are being served with this document on October 24, 2024 by way of the primary email address that said counsel supplied to the Court's CM/ECF system.

        By: */s/ Aimee Housinger*
            Aimee Housinger

ACTIVE 703272495v1