# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 6:22-cv-00050-ADA |
| - vs. - ) | |
| ) | **Jury Trial Demanded** |
| **Rhodium Enterprises, Inc.;** ) | |
| **Rhodium Technologies LLC;** ) | |
| **Rhodium 10mw LLC;** ) | |
| **Rhodium 2.0 LLC;** ) | |
| **Rhodium 30mw LLC;** ) | |
| **Rhodium Encore LLC;** ) | |
| **Rhodium Industries LLC;** ) | |
| **Rhodium JV LLC;** ) | |
| **Rhodium Renewables LLC;** ) | |
| **Rhodium Shared Services LLC;** ) | |
| **Rhodium Shared Services PR Inc.;** ) | |
| **Chase Blackmon;** ) | |
| **Cameron Blackmon;** and ) | |
| **Nathan Nichols,** ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION ON CLAIM CONSTRUCTION

Pursuant to the Court's Scheduling Order (Dkt. 47) the parties in the above-captioned case have exchanged their proposed claim terms and constructions. While Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Chase Blackmon, Cameron Blackmon, and Nathan Nichols (collectively, "Defendants"), do not believe that a construction of the terms listed below is necessary, to avoid further dispute and burden on the Court and parties, Defendants have agreed to the following constructions as proposed by Midas Green Technologies, LLC ("Midas"):



EXHIBIT 2

| Term | Claim(s) | Agreed Construction |
|---|---|---|
| "weir" | '457 and '446 patents, all claims | "an overflow structure or barrier that determines the level of liquid" |
| "plenum" | '457 and '446 patents, all claims | "a structure for dispensing liquid" |

The parties reserve the right to amend, modify, or supplement these proposed constructions as permitted by the Court and the Local and Federal Rules including, but not limited to, in light of further discovery, analysis, and investigation; review of newly or yet-to-be produced documents; or in the event the parties amend or supplements their infringement or invalidity contentions.

DATED: July 11, 2022

Respectfully submitted,

/s/ Henry Pogorzelski
Henry M. Pogorzelski
Texas Bar No. 24007852
Henry.Pogorzelski@klgates.com
K&L Gates LLP
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel. 512-482-6800
Fax. 512-482-6859

Nicholas F. Lenning (*admitted pro hac vice*)
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
nicholas.lenning@klgates.com
Telephone: (206) 370-6685
Fax: (206) 370-6006

ATTORNEYS FOR PLAINTIFF
MIDAS GREEN TECHNOLOGIES, LLC

/s/ Benjamin A. Herbert
Benjamin A. Herbert (*Admitted Pro Hac Vice*)
California State Bar No. 277356
KIRKLAND & ELLIS LLP
555 S. Flower St.
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
benjamin.herbert@kirkland.com

Gianni Cutri (*Admitted Pro Hac Vice*)
Illinois State Bar No. 6272109
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
gianni.cutri@kirkland.com

Kat Li
State Bar No. 24070142
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9100

2

Facsimile: (512) 678-9101
kat.li@kirkland.com

*Attorneys for Defendants
Rhodium Enterprises, Inc., Rhodium
Technologies LLC, Rhodium 10mw LLC,
Rhodium 2.0 LLC, Rhodium 30mw LLC,
Rhodium Encore LLC, Rhodium Industries
LLC, Rhodium JV LLC, Rhodium Renewables
LLC, Rhodium Shared Services LLC,
Rhodium Shared Services PR Inc., Chase
Blackmon, Cameron Blackmon, and Nathan
Nichols*

Case 24-22-00050-DAD Document 152 Filed 07/12/24 Page 3 of 4

3

4

CERTIFICATE OF SERVICE

I hereby certify that counsel of record who have appeared electronically in this case are deemed to have consented to electronic service and are being served on July 11, 2022 with a copy of this document via the Court's CM/ECF system.

*/s/ Benjamin A. Herbert*
Benjamin A. Herbert