# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC, § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. 6:24-CV-166-ADA |
| GREEN REVOLUTION COOLING, INC., § § | |
| Defendant. § | |

## ORDER

Before the Court is Green Revolution Cooling, Inc.'s ("GRC") Opposed Motion to Stay Pending *Inter Partes* Review of the '457 Patent (the "Motion"). Having fully considered the Motion, the submissions related thereto, and the arguments of counsel, the Court hereby GRANTS GRC's Motion and VACATES all currently scheduled dates pending the outcome of GRC's *inter partes* petition, IPR2025-00196.

SIGNED and Entered this _____ day of _____, 2024.

_____
ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE

1