# EXHIBIT 2

# James H Lee PhD, PE

*25 Great Oak Lane*  *[james.h.lee.pe@outlook.com](mailto:james.h.lee.pe@outlook.com)*
*Pittsford, NY 14534*  *Cell: (585)746-6860*

## Qualification Highlights

- Licensed Professional Engineer with a PhD in Mechanical Engineering from Texas A&M.
- International Trade Commission – helped win judgement for respondents in three separate proceedings; work included multiple court appearances, depositions, and technical reports on infringement and invalidity.
- United States District Court – used technical expertise to support each legal team's defense of their clients; work included depositions, court testimony, infringement and invalidity analyses, failure analysis/incident investigations, and associated reports.
- New York Supreme Court – helped win judgement for plaintiff; work included incident investigations, technical analysis, and generating reports.
- Areas of Expertise – fluid dynamics, heat transfer, engines, mechanical system and component design, fuel cell systems, failure analysis, incident investigation.
- Named inventor on seven patents re: fuel cell mechanical and cooling systems, and author of multiple technical publications.
- Professional Member, National Academy of Forensic Engineers (NAFE), American Society of Mechanical Engineers (ASME), National Society of Professional Engineers (NSPE).

## Consulting Experience

### Areas of Expertise

Fluid dynamics, heat transfer, engines, mechanical system and component design, fuel cell systems, failure analysis, incident investigation.

### International Trade Commission

- Certain Vaporizer Devices, Cartridges Used Therewith, and Components Thereof No. 337-TA-1372, United States International Trade Commission, Washington DC – supporting the legal team of the defendants, 2023 – 2024.
  - Infringement defense
  - Invalidity investigation

- Certain Refrigerator Water Filtration Devices and Components Thereof No. 377-TA-1290, United States International Trade Commission, Washington DC – supported the legal team of the defendants, 2022
  - Invalidity investigation
    - Conducted an analysis of the asserted claims of three US patents, including identifying prior art to support the invalidity of each claim.
    - Submitted an opening expert report including detailed charts for each asserted claim.
  - Infringement defense
    - Conducted testing and analysis to support infringement defense.
    - Submitted a rebuttal expert report.
  - Legal Proceeding
    - Deposed by counsel for the plaintiff.
    - Testified at hearing.

- Certain Collapsible and Portable Furniture No. 377-TA-1178, United States International Trade Commission, Washington DC – supported the legal team of the defendants, 2019-2020
  - Invalidity investigation
    - Conducted an analysis of the asserted claims of two US patents, including identifying prior art to support the invalidity of each claim.
    - Submitted opening expert report including detailed charts for each asserted claim.

*James H Lee, PhD, PE*

- Legal Proceeding
    - Deposed by counsel for the plaintiff.
    - Testified at hearing.
- Certain Carburetors and Products Containing Such Carburetors, Investigation No. 377-TA-1123, United States International Trade Commission, Washington DC – supported the legal team of the defendants, 2018-2019
    - Invalidity investigation
        - Conducted an analysis of the asserted claims of four US patents, including identifying prior art to support the invalidity of each claim.
        - Submitted an opening expert report including detailed charts for each asserted claim.
    - Infringement defense
        - Conducted testing and analysis to support infringement defense.
        - Submitted a rebuttal expert report.
    - Legal Proceeding
        - Deposed by counsel for the plaintiff.
        - Submitted written testimony for hearing. Judgement rendered prior to hearing.

**Court Cases**
- Shenzhen Happy Vaping Technology LTD v Logic Technology Development LLC and Japan Tobacco International USA INC, United States District Court for the Southern District of Florida – Supporting the legal team of the plaintiff, 2023 - 2024.
    - Conducted an infringement investigation.
    - Invalidity defense for one US patent.
    - Preparation for jury trial.
- Midas Green Technologies LLC v. Rhodium Enterprises, Inc., United States District Court for the Western District of Texas, Waco Division – supporting the legal team of the plaintiff, 2023 - 2024.
    - Invalidity defense for one US patent.
        - Authored rebuttal report
        - Deposed by opposing council.
    - Preparation for jury trial.
- Arma Container Corp v. Green Station Auto Services Inc., Supreme Court of the State of New York, County of Suffolk – supported the legal team of the plaintiff, 2018 – 2019.
    - Plaintiff alleged defendant sold contaminated fuel to plaintiff which caused significant damage to a diesel engine owned by the plaintiff.
        - Conducted an analysis of discovery information to prove fuel sold by defendant was contaminated and defendant was the sole fuel provider to the plaintiff.
        - Generated a technical report that included background information, an explanation of the pertinent discovery information, and presenting the analysis and conclusions.
- Ultimate Combustion Co. Inc. v. Fuecotech Inc., United States District Court, Southern District of Florida, Ft. Lauderdale, FL – supported the legal team of the defendant, 2014.
    - Plaintiff alleged defendant infringed asserted claims of a US patent.
        - Conducted an analysis of the defendant's products and generated a report that detailed the design and operation of the systems.
        - Testified in court concerning the report and the conclusions within.

*James H Lee, PhD, PE*

## Work Experience

**Associate Professor** – 2007 to present
Rochester Institute of Technology, Rochester NY
- *Chair*, Electrical and Computer Engineering Technology Department.
- *Teaching strengths*: fluid dynamics, heat transfer, thermodynamics, heat transfer, and engineering mechanics such as Fundamentals of Mechanical Design, Strength of Materials, and Statics.
- *Research*: internal combustion engine fuel system development, alternative energy systems development, new technology assessment, and coaching for new startup companies.

**Senior Research Engineer** – 1998 to 2007
General Motors, Rochester NY
- Conducted causality analysis of failed fuel cell systems.
- Designed and analyzed cooling systems for fuel cell systems.
- Program manager responsible for developing materials and processes that enable high volume manufacturing of Membrane Electrode Assemblies (heart of a fuel cell).
- Team leader responsible for creating innovative fuel cell power systems.
- Recipient of the General Motors Chairman's award for outstanding innovation in the automotive industry.

**Postdoctoral Fellow** - 1997 to 1998
Los Alamos National Laboratory, Los Alamos NM
- Developed compact gasoline reforming systems that converted gasoline and water into hydrogen for use in automotive fuel cell systems.

**Postdoctoral Fellow** - 1996 to 1997
Idaho National Laboratory, Idaho Fall, ID
- Developed battery and fuel cell test protocols and the fixtures and mechanisms used in the testing process.

**Design Engineer** - 1989 to 1990
Boeing Commercial Airplanes, Renton WA
- Designed mechanisms and structures for the wing of the Boeing 777 airliner.

## Education

**Doctor of Philosophy**; Mechanical Engineering
Texas A&M University, College Station, Texas

**Bachelor of Science**; Aeronautical Engineering
California Polytechnic State University, San Luis Obispo, California

## Professional Affiliations
- Professional Engineering License (State of New York, License # 082982)
- National Academy of Forensic Engineers (NAFE)
- American Society of Mechanical Engineers
- National Society of Professional Engineers

## Patents:
- US Patent No. 7,067,211 Cogeneration System for a Fuel Cell, awarded June 26, 2006
- US Patent No. 6,924,052 Coolant Flow Field Design for Fuel Cell Stacks, awarded Aug 2, 2005
- US Patent No. 6,902,838 Cogeneration System for a Fuel Cell, awarded June 7, 2005
- US Patent No. 6,887,613 Corrosion Resistant PEM Fuel Cell, awarded May 3, 2005
- US Patent No. 6,884,528 Cogeneration System for a Fuel Cell, awarded April 26, 2005
- US Patent No. 6,866,955 Cooling System for a Fuel Cell Stack, awarded March 15, 2005
- US Patent No. 6,663,992 Cooling Rib Arrangement for the Equalization of the Temperature Distribution in Air Cooled Stacks, awarded December 16, 2003

## Publications
- A list of publications is available upon request.