# EXHIBIT 3

MIDAS GREEN TECHNOLOGIES, LLC,
vs.
GREEN REVOLUTION COOLING, INC.,
USDC, WESTERN DISTRICT OF TEXAS, WACO DIVISION, CASE NO
6:24-cv-166-ADA

MATERIALS REVIEWED AND CONSIDERED

1. File History of US Patent No. 10,405,457 B2
2. 2012-12-14, USPTO Provisional Application No.: 61/737,200
3. 2013-06-07, USPTO Provisional Application No.: 61/832,211
4. US Patent No. 10,405,457 B2
5. 2024-08-09, Midas, Preliminary Infringement Contentions
6. Defendant Green Revolution Cooling, Inc.'s Opening Claim Construction Brief
7. Declaration Of Werner J.A. Dahm, Ph.D. In Support of Defendant's Claim Constructions
8. Marks' Standard Handbook for Mechanical Engineers, 10th ed, Avallone, Eugene A, Baumeister III, Theodore, 1996, McGraw-Hill
9. Convective Heat and Mass Transfer, 3rd ed, Kays, W. M, Crawford, M. E. 1993, McGraw-Hill
10. Fundamentals of THERMAL-FLUID SCIENCES, 4th ed, Cengel, Yunus A., Cimbala, John M., Turner, Robert H., 2012, McGraw-Hill
11. Werner J.A. Dahm PhD CV