**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2024, a true and correct copy of Midas Green Technologies, LLC Responsive Claim Construction Brief, including the Declaration of James Lee, Ph.D., and Exhibits thereto was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Tierra Mendiola*
    Tierra Mendiola