IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC,  §<br>  §<br>Plaintiff, Counter-Defendant  §<br>  §<br>v.  §<br>  §<br>GREEN REVOLUTION COOLING, INC.,  §<br>  §<br>Defendant, Counter-Plaintiff  § | CIVIL ACTION NO. 6:24-CV-166-ADA |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Green Revolution Cooling, Inc. ("GRC") discloses that the following parent corporation(s) and/or publicly held corporation(s) own 10% or more of GRC's stock:

- SK Enmove Co., Ltd.;
- GreenRev Investments, LP; and
- GreenRev Investments II, LP.

Dated: December 17, 2024

/s/ *Ashley N. Moore*
Ashley N. Moore
Texas Bar No. 24074748
Sarah-Michelle Stearns
Texas Bar No. 24099029
Joseph W. Shaneyfelt
Texas Bar No. 24105406
**GREENBERG TRAURIG, LLP.**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75202
214-665-3600 – Phone
214-665-3601 – Fax
Ashley.Moore@gtlaw.com
SarahMichelle.Stearns@gtlaw.com
Joe.Shaneyfelt@gtlaw.com

Stephen M. Ullmer (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
(503) 200-6200 – Phone
ullmers@gtlaw.com

Jonathan Presvelis (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200 – Phone
(212) 801-6400 – Fax
presvelisj@gtlaw.com

Aimee Housinger
Texas Bar No. 24083203
**GREENBERG TRAURIG, LLP**
1000 Louisiana Street Suite 6700
Houston TX 77002
713-374-3500 – Phone
housingera@gtlaw.com

**ATTORNEYS FOR GREEN REVOLUTION COOLING, INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who have appeared electronically in this case are being served with this document on December 17, 2024 by way of the primary email address that said counsel supplied to the Court's CM/ECF system.

By: */s/ Joseph W. Shaneyfelt*
Joseph W. Shaneyfelt