UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Green Revolution Cooling, Inc.** <br><br> Defendant | Civil Action No. 6:24-cv-00166-ADA <br><br> **Jury Trial Demanded** |

## NOTICE OF UNOPPOSED REQUEST TO CHANGE DEADLINE FOR PLAINTIFF AND DEFENDANT TO FILE RESPONSIVE BRIEFS TO GREEN REVOLUTION COOLING, INC.'S MOTION TO STAY [DKT. 33]

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, Plaintiff Midas Green Technologies, LLC ("Midas") hereby submits the following Notice of Unopposed Request to Change Deadlines for Plaintiff and Defendant to File Responsive Briefs to Green Revolution Cooling, Inc.'s ("GRC") Motion to Stay Pending *Inter Partes* Review of the '457 Patent [Dkt. 33]. Midas was served with GRC's motion to stay on Friday, December 13, 2024, making its current responsive brief due by December 20, 2024, (See Local Rule CV-7(d)(2)). Midas requests that this deadline be extended to December 30, 2024. Counsel for Midas conferred with counsel for GRC (Ashley Moore) regarding this request on December 19, 2024, and GRC does not oppose. Further, Defendant's deadline to file a responsive brief to the opposition will be extended

1

#432956v1

to January 10, 2025. Such request is not opposed, such request does not change the date of any hearing, trial, or other Court date, and such request does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing.

#432956v1

DATED: December 19, 2024                              Respectfully submitted,

   */s/ Joseph E. Thomas*
Joseph E. Thomas *(admitted p.h.v)*
William J. Kolegraff *(admitted p.h.v)*
Grant J. Thomas *(admitted p.h.v)*
THOMAS WHITELAW & KOLEGRAFF LLP
18101 Von Karman Ave., Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Fax: (949) 679-6405
jthomas@twtlaw.com
bkolegraff@twtlaw.com
gthomas@twtlaw.com

Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900
Attorneys for Plaintiff Midas Green Technologies LLC

DATED: December 19, 2024                              Respectfully submitted,

   */s/ Ashley Moore*
Ashley Moore
Peter S. Wahby
Sarah-Michelle Stearns
Greenberg Traurig LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3777/
(214) 665-3601
Ashley.moore@gtlaw.com
Peter.Wahby@gtlaw.com
SarahMichelle.Stearns@gtlaw.com
Attorneys for Defendant Green Revolution Cooling, Inc.

3

#432956v1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2024, a copy of this document was served via the United States District Court CM/ECF system on all parties or persons requiring notice by way of the primary email address that counsel supplied to the Court's CM/ECF system.

By  /s/ Joseph E. Thomas
    Joseph E. Thomas

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he conferred with counsel for Green Revolution Cooling, Inc., Ms. Ashley Moore of Greenberg Traurig, LLP, regarding this request on December 19, 2024, and that GRC does not oppose the extension requested.

By  /s/ Joseph E. Thomas
    Joseph E. Thomas