**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:24-CV-166-ADA |
| GREEN REVOLUTION COOLING, INC., | § § § | |
| Defendant. | § § § | |

**DECLARATION OF ASHLEY N. MOORE IN SUPPORT OF DEFENDANT GREEN REVOLUTION COOLING, INC.'S REPLY CLAIM CONSTRUCTION BRIEF**

I, Ashley N. Moore, hereby declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of Texas, admitted to the United States District Court for the Western District of Texas, and am a shareholder of the law firm of Greenberg Traurig, LLP, attorneys of record for Green Revolution Cooling, Inc. ("GRC") in the above entitled action, and make this declaration in support of GRC's Reply Claim Construction Brief. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2. Attached hereto as Exhibit 9 is a true and correct copy of the Patent Owner Preliminary Response filed by Midas Green Technologies, LLC as Paper 10 in *Immersion Systems LLC v. Midas Green Technologies, LLC*, IPR2021-01176 (PTAB Oct. 14, 2021).

3. Attached hereto as Exhibit 10 is a true and correct copy of U.S. Provisional Patent Application No. 61/737,200, filed on December 14, 2012.

Dated: December 30, 2024

Ashley N. Moore

1