*EXHIBIT "10"*

PTO/SB/16 (11-08)
Approved for use through 01/31/2014 OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## Provisional Application for Patent Cover Sheet

### This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c)

## Inventor(s)

Inventor 1    Remove

| Given Name | Middle Name | Family Name | City | State | Country ᵢ |
|---|---|---|---|---|---|
| John | H. | Miller Jr. | Austin | TX | US |

Inventor 2    Remove

| Given Name | Middle Name | Family Name | City | State | Country ᵢ |
|---|---|---|---|---|---|
| James | P. | Koen | Austin | TX | US |

Inventor 3    Remove

| Given Name | Middle Name | Family Name | City | State | Country ᵢ |
|---|---|---|---|---|---|
| John | C. | Tribou | Austin | TX | US |

Inventor 4    Remove

| Given Name | Middle Name | Family Name | City | State | Country ᵢ |
|---|---|---|---|---|---|
| Mike | | Rainone | Palestine | TX | US |

Inventor 5    Remove

| Given Name | Middle Name | Family Name | City | State | Country ᵢ |
|---|---|---|---|---|---|
| Talbot | | Presley | Palestine | TX | US |

Inventor 6    Remove

| Given Name | Middle Name | Family Name | City | State | Country ᵢ |
|---|---|---|---|---|---|
| Jeffrey | Van | Myers | Driftwood | TX | US |

Inventor 7    Remove

| Given Name | Middle Name | Family Name | City | State | Country ᵢ |
|---|---|---|---|---|---|
| Christopher | L | Boyd | Austin | TX | US |

Inventor 8    Remove

| Given Name | Middle Name | Family Name | City | State | Country ᵢ |
|---|---|---|---|---|---|
| Kenneth | D | Tooke | Austin | TX | US |

Doc Code: **TR.PROV**
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (11-08)
Approved for use through 01/31/2014 OMB 0651-0032
U.S. Patent and Trademark Office:  U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

| Inventor  9 | | | | | Remove |
|---|---|---|---|---|---|
| Given Name | Middle Name | Family Name | City | State | Country  i |
| David | Christopher Thoma | Laguna | Austin | TX | US |

All Inventors Must Be Listed – Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.    [ Add ]

| **Title of Invention** | Server Immersion Tank System |
|---|---|
| Attorney Docket Number (if applicable) | JMG001-00 |

## Correspondence Address

Direct all correspondence to (select one):

| ⦿  The address corresponding to Customer Number | ◯  Firm or Individual Name |
|---|---|
| Customer Number | 44070 |

| The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government. |
|---|
| ⦿  No. |
| ◯  Yes, the name of the U.S. Government agency and the Government contract number are: |

EFS  -  Web 1.0.1

PTO/SB/16 (11-08)
Approved for use through 01/31/2014 OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## Entity Status

Applicant claims small entity status under 37 CFR 1.27

⦿ Yes, applicant qualifies for small entity status under 37 CFR 1.27

◯ No

## Warning

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

## Signature

Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | /Jeffrey Van Myers/ | | | Date (YYYY-MM-DD) | 2012-12-14 |
|---|---|---|---|---|---|
| First Name | Jeffrey | Last Name | Myers | Registration Number (If appropriate) | 27362 |

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **This form can only be used when in conjunction with EFS-Web. If this form is mailed to the USPTO, it may cause delays in handling the provisional application.**

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or paten.  Accordingly, pursuant to the requirements of the Act, please be advised that :  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, t o a n other federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

[0001] Goal: substantially constant pressure at all Spray Heads (at bottom of Tank):

[0002] 1.  For example, as in Fig. 1, 13 Spray Bars, each having, e.g., 10 Spray Heads (not shown) each of x-sectional area of 1 unit.

[0003] 1.1.  Spray Bars 1 & #13 have x-sectional area of 5 units (Optional: 5 Spray Heads of 1 unit area, or 10  Spray Heads of 0.5 unit area).

[0004] 1.2.  Spray Bars #2-#12 have x-sectional area of 10 units.

[0005] 1.3.  Total x-sectional area of ALL Spray Bars is 120 units.

[0006] 2.  Each (x2) Header Manifold has x-sectional area of 60 units, i.e., 1/2 total x-sectional area of all Spray Bars.

[0007] 3.  Total x-sectional area of Supply Manifold is 120 units.

[0008] Result: relative pressure drop at Supply-to-Headers minimal; pressure drop at Header-to-Spray Bar is related to position, but inverse relationship wrt 'top' and 'bottom' Headers compensates (subject to frictional losses, slight differences from ideal x-sectional areas, etc.)

[0009] 1.  Each Spray Bar has an area-efficient (e.g, ball, gate) shutoff valve at each end, adjacent the connection to the respective Header, all valves being set at system setup/change via an actuating rod manually inserted from above; when both closed, no fluid is delivered to the Spray Heads.

[0010] 2.  The Spray Bars are spaced such that a Server may be suspended in each inter-Spray Bar gap, thus forming respective 'flow slots'  the flow patterns of which project upward from the Spray Heads, through the inter-Server gaps, and, ultimately into open fluid return channel(s) (e.g., weirs) extending horizontally along the long side(s) of the tank.

[0011] 3.  Servers are inserted starting from, e.g., the 'left' end of tank, each suspended in a respective 'Server-slot' between adjacent Spray Bars, with no Server-slot vacancies allowed.

[0012] 4.  If any empty Server-slots remain, a full tank width/height flow barrier is inserted into the Server-slot immediately to the 'right' of the 'right-most' active

Server, and the shutoff valves at both ends of all 'idle' Spray Bars are closed, thus forming a stagnant fluid reservoir (with proportional system energy savings).

[0013] Operation: Heat developed on the 'left-facing' major surface of Server #1 is extracted by fluid flow developed in flow-slot #1 by Spray Bar #1, while heat developed on the 'right-facing' major surface is extracted by fluid flow developed in flow-slot #2 by Spray Bar #2. Similarly, heat developed on the 'left-facing' major surface of Server #2 is extracted by fluid flow developed in flow-slot #2 by Spray Bar #2, while heat developed on the 'right-facing' major surface is extracted by fluid flow developed in flow-slot #3 by Spray Bar #3; and so on.

[0014] (Optional) The shutoff valves of the Spray Bar servicing the 'right-most' active 'flow slot' (i.e., between the 'right-most' active Server and the flow barrier) may be partially closed to compensate for the reduced heat being radiated/conducted into this flow slot.

[0015] (Optional) Each shutoff valve is controlled by a respective servo, with the valve-pair of each Spray Bar being controlled by a single Valve Controller in response to temperature sensor(s) suspended in the respective flow-slot somewhat below the 'top' surfaces of the adjacent Servers (to more accurately measure the temperature of the fluid exiting the respective flow-slot before significant mixing with fluid flowing in adjacent flow-slots).

[0016] (Optional) A 'smart' Master Controller monitors a selected set of the flow-slot temp sensors, and coordinates the activities of all active flow-slot Valve Controllers. Due to the huge heat storage capacity of the entire fluid mass and concomitant system temperature lag, determining the energy saving contribution of this Master Controller will be problematic, but nonetheless this function contributes to the end goal of protecting the set of active Servers from sustained excessive heat excursions.

[0017] (Option) The gaps between the 'side' surfaces of each Server and the adjacent side(s) of the Tank may be blocked using appropriately sized flow baffles to facilitate more precise control of fluid flow in each flow-slot.

[0018] (Option) As in Fig. 2, dispose infra-red (IR) shields between adjacent blades to reflect/absorb IR radiation from one blade to the next adjacent blade.

Reflection can be achieved using highly polished metal/mirrored plates, e.g., gold-plated; absorption can be achieved using flat-black or black-anodized plates. Fins can be added to enhance effectiveness. Multiple layers may also be employed with an interlayer gap for vertical flow of the cooling fluid.

[0019] (Option) Also as in Fig. 2, orient the Spray Bar(s) longitudinally with Spray Head(s) aligned with inter-blade gaps. If more than one Spray Head per gap, arrange radially so as that the flow pattern resembles a fan, as in Fig. 3. Individual Spray Heads can be fan-shaped. Spray Heads can be fixed flow rate or variable flow rate or a mixture of both as required for specific applications. Variable flow rate can be adjusted manually or by servo-mechanism.

[0020] (Option) Also as shown in Fig. 3, Supplementary Spray Bars, oriented vertically but with horizontally-oriented 'aimable' Spray Head(s), can be provided to provide flow of cooling fluid directly onto local blade hotspots. Such Supplementary Spray Bars can be supplied either from the primary Spray Bars or via special Supplementary Manifolds disposed either at the bottom/top of the tank or adjacent the tank side(s).

[0021] (Option) Dispose within the tank a bladder to contain the fluid and all related structures. This allows the tank to be modular, bolt-together panels as the fluid sealing is accomplished via the bladder. Over time, as necessary, the bladder can be drained and replaced without any special expense or effort to clean the inside surfaces of the tank. Based on heuristic evaluation, the shape of the tank can be optimized to minimize hot spots, e.g., form a narrow "waist" in the long side walls to develop a Venturi-like region wherein fluid flow is accelerated past a specific horizontal zone of the blades.

[0022] (Option) Spray Head design can be selected to match heat signature of each blade. Spray Heads can be fixed flow rate or variable flow rate or a mixture of both as required for specific applications. Spray Heads can be mounted on short flex-tubes to provide directional distribution for augmented cooling. In some applications, selected Spray Bars/Heads can be supplied from an auxiliary cooling source operating independently of the main fluid source.

[0023] (Option) Attach a solid-state temperature sensor on or adjacent to each Supplemental Spray Head to provide closed-loop control of a servo-controlled valves supplying such Spray Head.

[0024] (Option) Provide servo-mechanical arrangement to dynamically reposition each Supplemental Spray Head. Attach an RFID tag on each Supplemental Spray Head to provide closed-loop control of the repositioning system.

[0025] (Option) Provide array of temperature sensors together with RFID tags on the Supplemental Spray Heads to allow software monitoring of local hot spots, with automatic repositioning of nearby Supplemental Spray Heads to detected hot spots. Same system can provide servo-control of Spray Head supply valves to resolve larger scale heat zone problems.

[0026] (Option) In addition to, or as a supplement to, the static weir fluid return system, provide active fluid extraction. To prevent loss of suction, provide fluid level sensor(s) to reduce or shut off active extraction before the fluid level drops below the suction point.

[0027] (Option) Design blades specifically for fluid immersion, e.g., with no enclosure, no fans. Orient component heatsinks so as to maximize heat transfer to the cooling fluid while minimizing vertical fluid flow resistance/turbulence. Relocate *essential* moving components, e.g., rotating disk devices, from blades to locations adjacent the respective blade but outside the cooling fluid. For multi-server blades (or blades with more than one significant local heat generating component), distribute the major heat generating components vertically/horizontally to spread the heat signature more evenly vertically/horizontally across the entire surface of the blade. When feasible, mount components on both sides of the blade to facilitate heat distribution to the fluid flow on both sides of the blade.

[0028] The cooling system can be any of several known types: vapor compression; water evaporative ("swamp cooler"); dessicant; ground water source; ambient air source, etc. Choice will be based on geographic location,

availability of energy resources, installation/operating costs, etc.  Automatic switch-over to alternative systems can be provided to minimize operating cost.



Fig. 1



Spray Bar #2

Spray Bar #1

Fig. 2

Server #1

Header Manifold #1

Supply Manifold

IR Barrier

Fig. 3

(Optional) The shutoff valves of the Spraybar servicing the 'right-most' active 'flow slot' (i.e., between the 'right-most' active Server and the flow barrier) may be partially closed to compensate for the reduced heat being radiated/conducted into this flow slot.

(Optional) Each shutoff valve is controlled by a respective servo, with the valve-pair of each Spraybar being controlled by a single Valve Controller in response to temperature sensor(s) suspended in the respective flow-slot somewhat below the 'top' surfaces of the adjacent Servers (to more accurately measure the temperature of the fluid exiting the respective flow-slot before significant mixing with fluid flowing in adjacent flow-slots).

(Optional) A 'smart' Master Controller monitors a selected set of the flow-slot temp sensors, and coordinates the activities of all active flow-slot Valve Controllers. Due to the huge heat storage capacity of the entire fluid mass and concomitant system temperature lag, determining the energy saving contribution of this Master Controller will be problematic, but nonetheless this function contributes to the end goal of protecting the set of active Servers from sustained excessive heat excursions.

(Option) The gaps between the 'side' surfaces of each Server and the adjacent side(s) of the Tank may be blocked using appropriately sized flow baffles to facilitate more precise control of fluid flow in each flow-slot.

Removable to hide cabling and connectors

Right Side

26"

Servers rest on inside rail

These items to be added later. Punch outs to be created during manufacture

Left Side

2.5"

26"

19"

4.5"

Top

Front

24 Port Leviton Patch
24 Port Leviton Patch
24 Port Leviton Patch
Empty

24 Port Leviton Patch
24 Port Leviton Patch
24 Port Leviton Patch

24 Port Leviton Patch
24 Port Leviton Patch
24 Port Leviton Patch

24 Port Leviton Patch
24 Port Leviton Patch
24 Port Leviton Patch

23 Power Ports
23 Power Ports
23 Power Ports
23 Power Ports

54"

42"

56.75"

4"

Standard pipe thread flange bandolopipes















Handle

Ethernet Connections

SuperMicro Server Board

Power Connection

Motherboard is mounted connection side up to help facilitate easier connectivity in the tanks

Hard Drive

P/S

Adj Telescoping perforated Rackshelf (one half)

From Page No. _____

1512 - 2012

Dropped Oil level for Servers w/ unsealed disks.

Oil is about 7" lower and nozzles are lowered on threaded tube to sit a few inches below the oil level.

Intake is extended via tube/pipe to sit just below oil level with intake pointing up.



Normal level

Disk safe level

≈ 7.0"

To Page No. _____

Witnessed & Understood by me,

Date 11-15-12

Invented by: D. Chris Laguna

Recorded by:

Date 10/12/12



Midas Green Tech – 1U Low Energy High Density Rack (LEHDR)

LEHDR 1U Style 1

Support for: (2) 16.7" x 7.0" Motherboard*, (1) 20.0" x 3.0" x 1.65" Power Supply, (4) 2.5" Hard Drives

* = Maximum component dimensions

Overall Dimmensions: 17.5" x 30" x 1.75"

Sled (Node) Dimmensions: (without handle) 7.5" x 21.75" x 1.7"

Chris Laguna – Midas Green Tech – July 2012

# SLED Assembly

SLED = Super Low Energy Device, Midas Green Tech's oil-ready and optimized server.

All steps should be done utilizing an ESD safe environment with the proper tools.

## Planning

- Determine type of SLED from customer order details
- Single Server
    - Dual Server
    - Triple Server
    - Quad Server
    - Other

- Determine Form Factor
    - 1U
    - 2U
    - 3U
    - 4U
    - Other

- Establish Server(s) Specifications
- Select Processor(s)
    - Select Motherboard(s)
    - Select Power Supply(s)
    - Select Heat Sink(s)
    - Select Memory Configuration
    - Select Disk Configuration
    - Select Peripherals
    - Select Chassis
    - Select necessary cables, adapters, I/O ports, brackets, mounts, screws and materials

- Verify and Finalize SLED Layout
- Use component templates to plan layout with I/O ports facing the front (top) of the SLED
- Verify tolerances are in place for cabling and assembly
- Confirm component compatibility
- Finalize layout

- Order/Obtain Parts

## Fabrication

- Clean and inspect chassis for defects
- Remove any unnecessary chassis components (fans, mounts, etc.)
- Use component templates to mark necessary modifications to chassis. Modifications can be the addition of mounting points, removal of chassis components, additional ventilation holes and brackets to secure server components
- Modify chassis for server components

# SLED Assembly

SLED = Super Low Energy Device, Midas Green Tech's oil-ready and optimized server.

All steps should be done utilizing an ESD safe environment with the proper tools.

**Planning**

- Determine type of SLED from customer order details
- Single Server
  - Dual Server
  - Triple Server
  - Quad Server
  - Other

- Determine Form Factor
  - 1U
  - 2U
  - 3U
  - 4U
  - Other

- Establish Server(s) Specifications
- Select Processor(s)
  - Select Motherboard(s)
  - Select Power Supply(s)
  - Select Heat Sink(s)
  - Select Memory Configuration
  - Select Disk Configuration
  - Select Peripherals
  - Select Chassis
  - Select necessary cables, adapters, I/O ports, brackets, mounts, screws and materials

- Verify and Finalize SLED Layout
- Use component templates to plan layout with I/O ports facing the front (top) of the SLED
- Verify tolerances are in place for cabling and assembly
- Confirm component compatibility
- Finalize layout

- Order/Obtain Parts

**Fabrication**

- Clean and inspect chassis for defects
- Remove any unnecessary chassis components (fans, mounts, etc.)
- Use component templates to mark necessary modifications to chassis. Modifications can be the addition of mounting points, removal of chassis components, additional ventilation holes and brackets to secure server components
- Modify chassis for server components

# SLED Assembly

SLED = Super Low Energy Device, Midas Green Tech's oil-ready and optimized server.

All steps should be done utilizing an ESD safe environment with the proper tools.

**Planning**

- Determine type of SLED from customer order details
- Single Server
  - Dual Server
  - Triple Server
  - Quad Server
  - Other

- Determine Form Factor
  - 1U
  - 2U
  - 3U
  - 4U
  - Other

- Establish Server(s) Specifications
- Select Processor(s)
  - Select Motherboard(s)
  - Select Power Supply(s)
  - Select Heat Sink(s)
  - Select Memory Configuration
  - Select Disk Configuration
  - Select Peripherals
  - Select Chassis
  - Select necessary cables, adapters, I/O ports, brackets, mounts, screws and materials

- Verify and Finalize SLED Layout
- Use component templates to plan layout with I/O ports facing the front (top) of the SLED
- Verify tolerances are in place for cabling and assembly
- Confirm component compatibility
- Finalize layout

- Order/Obtain Parts

**Fabrication**

- Clean and inspect chassis for defects
- Remove any unnecessary chassis components (fans, mounts, etc.)
- Use component templates to mark necessary modifications to chassis. Modifications can be the addition of mounting points, removal of chassis components, additional ventilation holes and brackets to secure server components
- Modify chassis for server components

# SLED Assembly

SLED = Super Low Energy Device, Midas Green Tech's oil-ready and optimized server.

All steps should be done utilizing an ESD safe environment with the proper tools.

**Planning**

- Determine type of SLED from customer order details
- Single Server
  - Dual Server
  - Triple Server
  - Quad Server
  - Other

- Determine Form Factor
  - 1U
  - 2U
  - 3U
  - 4U
  - Other

- Establish Server(s) Specifications
- Select Processor(s)
  - Select Motherboard(s)
  - Select Power Supply(s)
  - Select Heat Sink(s)
  - Select Memory Configuration
  - Select Disk Configuration
  - Select Peripherals
  - Select Chassis
  - Select necessary cables, adapters, I/O ports, brackets, mounts, screws and materials

- Verify and Finalize SLED Layout
- Use component templates to plan layout with I/O ports facing the front (top) of the SLED
- Verify tolerances are in place for cabling and assembly
- Confirm component compatibility
- Finalize layout

- Order/Obtain Parts

**Fabrication**

- Clean and inspect chassis for defects
- Remove any unnecessary chassis components (fans, mounts, etc.)
- Use component templates to mark necessary modifications to chassis. Modifications can be the addition of mounting points, removal of chassis components, additional ventilation holes and brackets to secure server components
- Modify chassis for server components

- Remove any sharp corners or edges
- Clean and ensure modified chassis is clean and dry
- Verify chassis modifications with server component templates
- Dry-fit server components to verify clearances and tolerances

**Assembly**

- Install motherboard mounts and motherboard verifying proper mount alignment and making note of cable connection points
- Remove motherboard and return to protective sleeve
- Install power supply and power distribution (if applicable) components
- Make note of routing of power cabling, make every attempt to conceal power cables under motherboard mounts
- Install storage components, and run necessary cabling
- Install I/O cabling, including power switches, LED indicators, LAN, video and USB connections if necessary
- Before installing in chassis, install the processor and heat sink into the motherboard using indium foil instead of thermal grease. Any motherboard or peripheral components with a removable heat sink will need any thermal greases, compounds or tape removed and surfaces cleaned
- Mount motherboard on mounts and secure with the proper screws taking caution to the cabling being ran below the motherboard
- Connect all cabling
- Double check clearances and fit of components
- Install memory and any peripherals, including hard drives
- Clean up cabling and secure any loose cables and connections
- Finalize chassis assembly with mounting brackets and handles

**Initial Testing**

- Temporarily install fans on all processors
- Double check all cables are properly installed and secure, all components are installed and secured
- Connect monitor, keyboard and USB/CD/DVD-ROM containing testing software
- Connect power and power on the server
- Verify in server BIOS that all peripherals are recognized and working

If server does not power on, utilize the motherboard manual for troubleshooting

- Run memtest for at least 5 minutes to do a quick check of the installed memory
- Connect Ethernet
- Install OS of choice to verify proper server functionality including RAIDs, Networking, etc.

**Burn-in and Stress Testing**

- Only begin burn-in once testing is complete and you are satisfied with the function of the server
- With the server still out of the oil and fans installed continue:
- Boot form stress-test CD (stresslinux.org or similar)
- Run stress utilities at 50% utilization for at least 2 hours. Run at 100% utilization for 2 more
- Verify server passes stress test by analyzing software logs and reports

If a component fails, isolate the component, remove it and replace it, repeat the testing above

- Finalize server prep for oil submersion, removing fans and finishing chassis assembly
- Lift server so that it is oriented vertically as it will be installed in the tanks, check for loose components
- Submerge server in testing tank
- Restart the stress test and allow it to run at 50% utilization for another 2 hours, 100% utilization for at least 2 hours and time permitting, overnight at 50% utilization
- Analyze for failures and replace any failed components

**Release to production**

- Remove any testing equipment and media
- Format hard drives and run a DOD wipe to clear any stored data.
- Install OS and setup as indicated in order details

---

- internal/procedures/sled_assembly.txt · Last modified: 2012/10/24 12:37 by laguna
-

TITLE  IMPROVED SLED PACKAGE    Project _____ Book No. _____ 1

from Page No. _____

ISSUES WITH CURRENT SLED —
- LONG ASSEMBLY TIME
- NO PROTECTION AGAINST SHORTS WHILE INSERTING OR REMOVING SYSTEMS FROM TANK
- POSSIBLE POOR COOLANT FLOW DUE TO OPEN DESIGN

NEW SLED BASE
  USE STAMPED STEEL FOR BOTTOM —
  PUNCH 5MM x 5MM (MAYBE SMALLER) ROUND HOLES IN A MATRIX ON BOTTOM — ALLOWS USE OF STAB-LOCKING NYLON MOUNTS FOR PC BOARDS

  SIDES OF SLED COME UP 1.75", FOLD OVER — PUNCHED 1 ROW ON FOLD OVER FOR SNAP MOUNTING OF TOP



1.73" IN HIGH
BAFFLE SNAPS INTO
CENTER OF SLED —
PREVENTS COOLANT MIXING
BETWEEN BOARDS ON SLED

PUNCH →

SLED TOP IS MOLDED PLASTIC SHEET WITH SMALL POSTS ON EDGE TO INTERLOCK WITH SLED BASE EDGE. ALSO INCLUDES MOUNTPOINTS FOR SEVERAL SMALL PUSHBUTTON SWITCHES (POWER, RESET, ETC).

To Page No. 2

Witnessed & Understood by me,              Date  3-14-12

Invented by: CHRIS BOYD        Date  3-12-2012
Recorded by: CHRIS BOYD

Project No. _____
Book No. _____
TITLE Improved Sled Package

From Page No. 1

ASSEMBLY —

1) TECH PRINTS OUT MOUNTING TEMPLATE FOR MOTHERBOARD AND ALIGNS THEM IN UPPER RIGHT & LEFT OF SLED BASE.

2) TECH PUSHES STAB-LOCK POSTS INTO SLED BASE AT POINTS NOTED ON TEMPLATE

3) TECH INSTALLS CPU, RAM, HEATSINKS, INDIUM FOIL, ETC TO PREP BOARD FOR IMMERSION SERVICE

4) TECH PLACES MOTHERBOARD OVER TOP OF STAB-LOCK POSTS & PUSHES INTO PLACE

5) TECH INSTALLS BAFFLE — BAFFLE HAS MOLDED IN STAB-LOCKS AND CABLE CLIPS/TIE POINTS

6) TECH SNAPS BOOT DRIVE INTO MOLDED CARRIER WITH STAB LOCKS — SNAPS INTO SLED

7) TECH MOUNTS PSU ONTO SLED W/ STAB-LOCKING BRACKETS

8) TECH CONNECTS POWER, DISK, POWER SWITCH, RESET SWITCH CABLES TO BOARD

9) TECH SNAPS SLED TOP ONTO SLED

10) ASSEMBLY COMPLETE, READY FOR TEST/BURN IN.

To Page No. ✓

Reviewed & Understood by me. _____   Date 3.14.12   Invented by: _____   Date _____
Recorded by: _____

TITLE COOLING SYSTEM FOR IMPROVED ___    Project No. ___ Book No. ___

From Page No. ___

MANUFACTURERS OF MOTHERBOARDS, SERVERS, ETC. ARE CURRENTLY RELUCTANT TO WARRANTY BOARDS IMMERSED IN MINERAL OIL. TO MINIMIZE OUR RISK DUE TO "INFANT MORTALITY," WE CAN BURN IN + TEST SYSTEMS DESTINED FOR IMMERSION IN AIR —



BOX          FAN TRAY

TOP VIEW

AIR FLOW

SLIDE FAN TRAY INTO BOX.

TURN ON FAN TRAY TO PULL AIR THROUGH BOX, OVER BOARDS OTHER COMPONENTS

RUN BURN-IN TESTS.

MULTIPLE BOARDS/SLEDS CAN BE TESTED @ SAME TIME

AIR FLOW



SLED
SLED
SLED
SLED
SLED
SLED
SLED
SLED

FAN TRAY

SOLID BAFFLES + SIDES, TOP, BOTTOM TO FORCE COOLING AIR OVER BOARDS UNDER TEST

ADVANTAGES —

- SYSTEMS UNDER TEST MORE EASILY ACCESSED & HANDLED TECHS
- NO "VOIDED WARRANTY" EXCUSES FROM BOARD MANUFACTURERS FOR EARLY FAILURES
- ALLOWS US TO USE A VHR FOR SYSTEM ASSEMBLY
- NO OILY PARTS SHIPPED TO US TRIGGERING SECURITY INSPECTIONS OF PACKAGE

To Page No. ___

Witnessed & Understood by me, ___    Date 3-14-12    Invented by: CHRIS BOYD    Date 3-12 2012

Recorded by: CHRIS BOYD

Project No. _____
Book No. _____    TITLE _Green Notes_

From Page No. _X_

3-12-2012  Store Rain water Runoff for use in cooling tower.

3-13-2012-  Deploy all systems @ 208/240V 2-3% Power Savings for Free.

| Reviewed & Understood by me. | Date | Invented by: | Date | |
|---|---|---|---|---|
| _signature_ | 3-14-12 | Recorded by: | | |

TITLE FORCED CONVECTION IMMERSION COOLING    Project No. _____    5
                                              Book No. _____
From Page No. A


U-SHAPED DRAIN TUBES
COOLANT INPUT TUBE
SUMP
OVERFLOW MANIFOLD

GOAL — IMPROVE FORCED CONVECTION COOLING EFFIENCY BY AVOIDING MIXING OF COOLANT.

COLD FLUID FLOWS INTO TANK VIA TUBE CONNECTED TO A SLOTTED MANIFOLD. COLD FLUID DISPLACES WARM FROM BELOW. WARM FLUID OVERFLOWS U-SHAPED DRAINS ON ~~BOT~~ BOTH SIDES OF TANK WALL.

(NOTE — A SPINE ON THE SIDE OF THE U-TUBE COULD ACT AS A CONVENIENT MOUNT POINT FOR SERVER EARS.)    U-TUBE PROFILE

U-TUBES DRAIN INTO A CLOSED SUMP CONTAINER FOR RECIRCULATION THRU HEAT EXCHANGER. NOTE THAT THE PUMP CANNOT DRAIN THE TANK.

POSSIBLE SLOTTED OUTFLOW MANIFOLD PROFILE
SLOTS

I SUSPECT SLOTS WOULD NEED TO BE NARROW ON THE END CLOSEST TO THE POINT WHERE COOLANT IS INJECTED, AND GET PROGRESSIVELY WIDER TO ~~AC~~ ~~AC~~ COUNT FOR PRESSURE GETTING LOWER AS COOLANT FLOWS DOWN THE ~~TUBE~~ TUBE.
- COULD ALSO USE A SERIES OF PROGRESSIVELY LARGER ROUND HOLES.

To Page No. _____

Witnessed & Understood by me,    Date 3-14-12    Invented by CHRIS BOYD    Date 3-2-2012
                                                  Recorded by CHRIS BOYD

6          Project No. _____
              Book No. _____

From Page No. ___X___

TITLE Method for Authenticating
Graphics served by a web
other server to prevent
Phishing, Trademark Abuse

— Extend current standard, open formats like
JPEG, JPEG 2000, or PNG to include meta data
about the server(s) that are authorized to
serve the graphic. This could include, but is not
limited to:
    IP subnet or address
    PTR record
    Referring URL
    Referring Domain Name
    HTTPS URL with graphic owner's public key
This data is compressed & crypto signed with the graphic
owner's ~~public key~~ private key.

Normal transaction works something like this

USER          LEGIT             LEGIT
              SERVER 1          SERVER 2
HTTP GET SECURE.JPG ──→
  ←── SECURE.JPG ──→

Decompress meta data &
get key URL

HTTPS GET KEY-PUB.PEM ───────────────→
  ←── KEY-PUB.PEM ───────

SSL CERTS MATCH
META DATA MATCH

DISPLAY GRAPHIC

To Page No. _____

Witnessed & Understood by me.     Date 11-15-1?    Invented by: CHRIS BOYD     Date 6-6-2012
                                                    Recorded by: CHRIS BOYD

TITLE _____
From Page No. 6

THIS SCHEME HELPS PREVENT THINGS LIKE PHISHING —

USER                    PHISH              LEGIT
                        SERVER             SERVER 2

HTTP GET STOLEN.JPG →
    ← STOLEN.JPG ←

DECRYPT META DATA & GET
   KEY URL

HTTPS GET KEY-PUB.PEM —————————→
    ← ————— KEY-PUB.PEM ←

META DATA MISMATCH! ALERT USER TO PROBABLE PHISH!

FOR BEST SECURITY, KEY URL SHOULD BE ON A
DNSSEC SIGNED DOMAIN NAME.

NEEDS WIDE SUPPORT IN BROWSERS, EMAIL CLIENTS
GRAPHICS ARTS PACKAGES, ETC.

POSSIBLE EXTENSION? DEVELOP A WAY FOR A DOMAIN
NAME TO SIGNAL THEY ALWAYS USE THIS SCHEME —
MAYBE AN ADDITIONAL TXT RECORD IN DNS?

To Page No. 8

Witnessed & Understood by me,     Date 11-15-12

Invented by: CHRIS BOYD        Date 6-6-2012
Recorded by: CHRIS BOYD

8            Project No. _____        TITLE Disk Drive Packaging for Floor
             Book No. _____                Immersion

From Page No. X

STAMPED ALUMINUM ENCLOSURE - CLAMSHELLS TOGETHER
TO SEAL DISK DRIVE - WITH OIL RESISTANT GASKET



RUBBER
BUMPER/
SPRING

BOTTOM
GASKET
TOP

SATA/SAS DATA
PASSTHRU
SATA/SAS POWER

DISK DRIVE SNAPS INTO PLACE & IS SECURED
BY DATA/POWER CONNECTORS & RUBBER BUMPER



PUSH DRIVE
DOWN & BACK
BUMPER
TO TOP SHELL
DATA/POWER
PASSTHRU
BOTTOM TRAY

ASSEMBLED
CASE

ASSEMBLED DISK CASES CAN BE MOUNTED EASILY IN A DISK ARRAY
CABINET SIMILAR TO A BACK BLAZE OR COMPELLENT.



DISKS
DISKS
BACKPLANE
SIDE VIEW
TOP VIEW

To Page No. 9

Witnessed & Understood by me,        Invented by: CHRIS BOYD        Date
                                     Recorded by: CHRIS BOYD

TITLE DISK DRIVE PACKAGING FOR ARRAY

From Page No. 38    IMMERSION

EDGES OF DRIVE CASE ARE USED AS MOUNTING RAIL
GUIDES TO HOLD DRIVE IN THE ARRAY.

CABINETS CAN BE LIFTED OUT PART WAY FOR
DRIVE REPLACEMENT OR MAINTENANCE, LEAVING
CONTROLLER SUBMERGED FOR COOLING.

CAN BE RETROFITTED TO BACK BLAZE CABINET.

To Page No.

Witnessed & Understood by me,    Date 11-15-12    Invented by: CHRIS BOYD    Date 3-21-2012
Recorded by: CHRIS BOYD

10

Project No. ————
Book No. ————

TITLE  I R  Sensor  for  Tank

From Page No.  X

USE MULTIPLE IR SENSORS, POSSIBLY WITH WIDE
ANGLE LENSES INSIDE TANK TO MONITOR COOLANT TEMPS
TEMPERATURE — OR, USE A DIGITAL IMAGING SENSOR —
POSSIBLY JUST A MODIFIED DIGITAL CAMERA SENSOR —
WITH IMAGE PROCESSING SOFTWARE TO DETECT &
COMPENSATE FOR TANK TEMPS & POSSIBLE HOT SPOTS

EITHER APPROACH COULD BE ADVANTAGEOUS, COMPARED TO
SIMPLE TEMPERATURE SENSORS, FOR ADJUSTING COOLANT
FLOW RATES.  IR ENERGY SHOULD RADIATE THROUGH
THE OIL/COOLANT FROM HOT COMPONENTS BEFORE WARMER
COOLANT CONVECTS OR IS FORCED TO TOP TO TRIGGER
SIMPLE TEMP SENSOR.

Witnessed & Understood by me,    Date    Invented by CHRIS BOYD    Date 3/27/20?
                                 11-15-12  Recorded by CHRIS BOYD

To Page No.

TITLE *Air Containment System*   Project No. ___   Book No. ___   11

From Page No. _X_

SINCE NOT ALL EQUIPMENT CAN BE IMMERSION COOLED, WE NEED TO PROVIDE AN EFFICIENT METHOD TO COOL THIS GEAR.

USING A SYSTEM TO DO TOTAL CONTAINMENT OF HOT & COLD AIR SHOULD PROVIDE AN ACCEPTABLY LOW PUE, EVEN IN CASES WHERE NO OUTSIDE AIR CAN BE USED.

COLD SIDE    HOT SIDE

AIRFLOW →    ← AIRFLOW



# Top View

Immersion Tank          Small CRAC          Immersion Tank

Immersion Tank                              Immersion Tank

Immersion Tank          Small CRAC          Immersion Tank

Immersion Tank          Networking          Immersion Tank

# Top View



# End View



Networking, Storage
and Power Distribution Tunnel

Project No. _____
Book No. _____

TITLE Flow Metering System

Page No. X

One way to adjust coolant flow into tank —

Two tubes — one larger + one smaller, and sized such they fit one inside the other. Cut slots in each tube. Feed coolant into smaller tube, and rotate outer tube to expose wider or narrower slot for coolant to flow out of. Rotate tube with stepper or solenoid acting on arm attached to tube. Stepper probably best for digital control. Solenoid maybe best for analog control.



MANIFOLD



CLOSED          STEPPER   OPEN



CLOSED          OPEN

SOLENOID

To Page No. X

Read & understood by me,

Date 11-15-12

Invented by: CHRIS BOYD

Recorded by: CHRIS BOYD

Date 10-18-2012



TITLE ENHANCED SLED                        Book No. _____

From Page No. _X_

FACE

SLED

120V

BUSSES

ALTERNATE MEANS OF POWER
DISTRIBUTION TO SLEDs
— INSTALL A POWER BUSS IN TRAY
TO DISTRIBUTE POWER TO SLED
BOARDS.

SLEDS SNAP INTO POWER CONNECTOR
TO DRAW 120 VAC (CONVENTIONAL PSC
OR DIRECT 5VDC/12 VDC POWER
DIRECTLY TO THE MOTHERBOARD.

TANK

S
L
E
D

S
L
E
D

S
L
E
D

S
L
E
D

I BUSSES

To Page No. ___

Witnessed & Understood by me

C Boyal

Date
10-26-2012

Invented by: Ken Tooke

Recorded by: CHRIS BOYD

Date
10/24/
2012

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Server Immersion Tank System |
| **First Named Inventor/Applicant Name:** | John H. Miller, Jr. |
| **Filer:** | Jeffrey Van Myers |
| **Attorney Docket Number:** | JMG001 |

Filed as Small Entity

## Provisional Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Provisional Application filing fee | 2005 | 1 | 125 | 125 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **125** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 14469753 |
| **Application Number:** | 61737200 |
| **International Application Number:** | |
| **Confirmation Number:** | 5753 |
| **Title of Invention:** | Server Immersion Tank System |
| **First Named Inventor/Applicant Name:** | John H. Miller, Jr. |
| **Customer Number:** | 44070 |
| **Filer:** | Jeffrey Van Myers |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | JMG001 |
| **Receipt Date:** | 14-DEC-2012 |
| **Filing Date:** | |
| **Time Stamp:** | 11:18:48 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Electronic Funds Transfer |
| Payment was successfully received in RAM | $ 125 |
| RAM confirmation Number | 9950 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Provisional Cover Sheet (SB16) | JMG001_PCS_121214.pdf | 2071456<br>77a542714667e6c884b56706e80f86e0da8db39c | no | 4 |
|---|---|---|---|---|---|

| Warnings: |
|---|

| Information: |
|---|

| 2 | Specification | JMG001_p_121214.pdf | 6854641<br>e2e8e7cf21f943b5db189d5445fc38c15c6cb78b | no | 38 |
|---|---|---|---|---|---|

| Warnings: |
|---|

The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing

| Information: |
|---|

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 28824<br>a86ba99a0a56136eee5d4490eb28a2ff65e04e7d | no | 2 |
|---|---|---|---|---|---|

| Warnings: |
|---|

| Information: |
|---|

| Total Files Size (in bytes): | 8954921 |
|---|---|

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

DocCode - SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 61737200                    Document Date: 12/14/2012

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above.  This content is stored in the SCORE database.

- Drawings – Other than Black and White Line Drawings

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist.  The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions developed by SIRA.

At the time of document entry (noted above):
- Examiners may access SCORE content via the eDAN interface.
- Other USPTO employees can bookmark the current SCORE URL (http://es/ScoreAccessWeb/).
- External customers may access SCORE content via the Public and Private PAIR interfaces.

Form Revision Date:  February 8, 2006



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 61/737,200 | 12/14/2012 | | 125 | JMG001-00 | | |

**CONFIRMATION NO. 5753**

44070
J. V. MYERS & ASSOCIATES, P.C.
P. O. BOX 130
DRIFTWOOD, TX 78619

**FILING RECEIPT**

*OC000000058422461*

Date Mailed: 01/04/2013

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**
John H. Miller JR., Austin, TX;
James P. Koen, Austin, TX;
John C. Tribou, Austin, TX;
Mike Rainone, Palestine, TX;
Talbot Presley, Palestine, TX;
Jeffrey Van Myers, Driftwood, TX;
Christopher L. Boyd, Austin, TX;
Kenneth D. Tooke, Austin, TX;
David Christopher Thomas Laguna, Austin, TX;

**Applicant(s)**
John H. Miller JR., Austin, TX;
James P. Koen, Austin, TX;
John C. Tribou, Austin, TX;
Mike Rainone, Palestine, TX;
Talbot Presley, Palestine, TX;
Jeffrey Van Myers, Driftwood, TX;
Christopher L. Boyd, Austin, TX;
Kenneth D. Tooke, Austin, TX;
David Christopher Thomas Laguna, Austin, TX;

**Power of Attorney:**
Jeffrey Myers--27362

**If Required, Foreign Filing License Granted:** 01/02/2013

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 61/737,200**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

           Server Immersion Tank System

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage, facilitate, and accelerate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.