UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Green Revolution Cooling, Inc.** <br><br> Defendant | Civil Action No. 6:24-cv-00166-ADA <br><br> **Jury Trial Demanded** |

## ORDER DENYING GREEN REVOLUTION COOLING, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW OF THE '457 PATENT

Pending before this Court is Defendant Green Revolution Cooling, Inc.'s Opposed Motion to Stay Pending *Inter Partes* Review '457 Patent (the "Motion to Stay"). Having fully considered the Motion to Stay, the submissions related thereto, and the arguments of counsel, the Court hereby DENIES this Motion to Stay.

IT IS SO ORDERED. _____, 2025.

_____
Alan D. Albright

United States District Court

1

#420805v1