UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:24-cv-00166-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Green Revolution Cooling, Inc.** | |
| Defendant | |

## JOINT MOTION TO EXTEND THE DATE FOR MARKMAN HEARING

Plaintiff Midas Green Technologies, Inc., ("Midas") and Defendant Green Revolution Cooling, Inc. ("GRC") respectfully submit this Joint Motion to Extend the Markman Hearing Date (the "Motion") and state as follows:

1. Pursuant to the current Scheduling Order (ECF No. 23), the Markman Hearing is presently set for February 3, 2025, at 9:00 a.m.

2. In compliance with the parties' obligation to meet and confer regarding the scheduled date for the Markman Hearing, counsel for Midas (Joseph Thomas) and counsel for GRC (Ashley Moore) conferred on December 31, 2024, and mutually agreed that February 13, 2025, would be a more suitable date for the hearing.

3. Accordingly, the parties respectfully request that the Court enter an order extending the Markman Hearing date from February 3, 2025, to February 13, 2025, or to another date that is convenient for the Court.

4. The parties do not seek any other modifications to the Scheduling Order at this time, including deadlines for claim construction briefing or any other pretrial deadlines.

1

#433178v1

5. This Motion is filed in good faith and not for purposes of delay. Granting the Motion will not cause any prejudice to the parties or affect any other scheduled hearing, trial date, or final submission deadlines. Additionally, GRC does not oppose the relief requested.

For the reasons set forth herein, Midas and GRC jointly respectfully request that the Court grant this Motion, and issue an order extending the Markman Hearing date as proposed herein.

#433178v1

| | |
|---|---|
| DATED: January 8, 2025 | Respectfully submitted, |

    /s/ *Joseph E. Thomas*
Joseph E. Thomas *(admitted p.h.v)*
William J. Kolegraff *(admitted p.h.v)*
Grant J. Thomas *(admitted p.h.v)*
THOMAS WHITELAW & KOLEGRAFF LLP
18101 Von Karman Ave., Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Fax: (949) 679-6405
jthomas@twtlaw.com
bkolegraff@twtlaw.com
gthomas@twtlaw.com

Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Attorneys for Plaintiff Midas Green Technologies LLC

| | |
|---|---|
| DATED: January 8, 2025 | Respectfully submitted, |

    /s/ *Ashley Moore*
Ashley Moore
Peter S. Wahby
Sarah-Michelle Stearns
Greenberg Traurig LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3777/
(214) 665-3601
Ashley.moore@gtlaw.com
Peter.Wahby@gtlaw.com
SarahMichelle.Stearns@gtlaw.com
Attorneys for Defendant Green Revolution Cooling, Inc.

3

#433178v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, a copy of this document was served via the United States District Court CM/ECF system on all parties or persons requiring notice by way of the primary email address that counsel supplied to the Court's CM/ECF system.

By  */s/ Tierra Mendiola*
    Tierra Mendiola

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he conferred with counsel for Green Revolution Cooling, Inc., Ms. Ashley Moore of Greenberg Traurig, LLP, regarding this request on December 31, 2024, and that GRC does not oppose the extension requested.

By  */s/ Joseph E. Thomas*
    Joseph E. Thomas

#433178v1