UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Green Revolution Cooling, Inc.** <br><br> Defendant | Civil Action No. 6:24-cv-00166-ADA <br><br> **Jury Trial Demanded** |

## ORDER GRANTING JOINT MOTION TO EXTEND THE DATE FOR MARKMAN HEARING

Pending before this Court is Plaintiff Midas Green Technologies, Inc. and Defendant Green Revolution Cooling, Inc.'s Joint Motion to Extend the Date for Markman Hearing (the "Joint Motion"). Having fully considered the parties' Joint Motion, the Court hereby GRANTS this Joint Motion and extends the Markman Hearing to be heard on February 13, 2025.

IT IS SO ORDERED. _____, 2025.

_____
Alan D. Albright
United States District Court Judge

1

#433256v1