UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **MIDAS GREEN TECHNOLOGIES, LLC**<br><br>Plaintiff,<br>v.<br><br>**GREEN REVOLUTION COOLING, INC.**<br><br>Defendant. | **Case No. 6:24-CV-00166-ADA** |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Mark D. Siegmund of the law firm of CHERRY JOHNSON SIEGMUND JAMES, PLLC hereby enters an appearance as counsel for Midas Green Technologies, LLC in the above captioned case.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Mark D. Siegmund at the law firm of CHERRY JOHNSON SIEGMUND JAMES, PLLC. Mr. Siegmund's contact information is provided below:

CHERRY JOHNSON SIEGMUND JAMES, PLLC
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: msiegmund@cjsjlaw.com

Respectfully submitted,

**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
7901 Fish Pond Road, 2nd Floor
Waco, Texas   76710
Telephone:  (254) 732-2242
Facsimile:   (866) 627-3509

BY:   /s/ *Mark D. Siegmund*
**MARK D. SIEGMUND**
State Bar No. 24117055
Email:  msiegmund@cjsjlaw.com

**ATTORNEY FOR MIDAS GREEN TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the parties, or the attorney(s) of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on this 9th day of January 2025.

/s/ Mark D. Siegmund
MARK D. SIEGMUND