# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 6:24-cv-00166-ADA |
| | § | |
| GREEN REVOLUTION COOLING, INC. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF COUNSEL – VICTORIA FORSON FOR PLAINTIFF

The undersigned attorney, Victoria Forson, hereby appears as counsel of record on behalf of Plaintiff Midas Green Technologies, LLC in this case and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter.

Respectfully submitted,

Dated: January 9, 2025

By: */s/ Victoria Forson*
Victoria Forson
TX Bar No. 24118212
Victoria.Forson@KLGates.com
**K&L Gates LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel.: (214) 939-5500
Fax: (214) 939-5849

*ATTORNEY FOR PLAINTIFF*

1

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served today with a copy of the foregoing document, Notice of Appearance of Counsel – Victoria Forson For Plaintiff, via the Court's CM/ECF system.

Dated: January 9, 2025

                                               */s/ Victoria Forson*
                                               Victoria Forson