# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC | § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 6:24-cv-00166-ADA |
| GREEN REVOLUTION COOLING, INC. | § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL – MATTHEW BLAIR FOR PLAINTIFF

The undersigned attorney, Matthew Blair, hereby appears as counsel of record on behalf of Plaintiff Midas Green Technologies, LLC in this case and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter.

Respectfully submitted,

Dated: January 9, 2025

By: */s/ Matthew Blair*
Matthew Blair
TX Bar No. 24109648
Matthew.Blair@KLGates.com
**K&L Gates LLP**
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Tel: (512) 482-6800
Fax: (512) 482-6859

*ATTORNEY FOR PLAINTIFF*

1

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served today with a copy of the foregoing document, Notice of Appearance of Counsel – Matthew Blair For Plaintiff, via the Court's CM/ECF system.

Dated: January 9, 2025

>                           */s/ Matthew Blair*
>                           Matthew Blair