# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:24-cv-00166-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Green Revolution Cooling, Inc.** | |
| Defendant | |

## ORDER GRANTING JOINT MOTION TO EXTEND THE DATE FOR MARKMAN HEARING

Pending before this Court is Plaintiff Midas Green Technologies, Inc. and Defendant Green Revolution Cooling, Inc.'s Joint Motion to Extend the Date for Markman Hearing (the "Joint Motion"). Having fully considered the parties' Joint Motion,  the Court hereby GRANTS this Joint Motion and extends the Markman Hearing to be heard on February 13, 2025 at 9:00 AM via Zoom.

IT IS SO ORDERED.

SIGNED this 10th day of January, 2025.

_____
Alan D. Albright
United States District Court Judge

1

#433256v1