UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Green Revolution Cooling, Inc.** <br><br> Defendant | Civil Action No. 6:24-cv-00166-ADA <br><br> **Jury Trial Demanded** |

JOINT CLAIM CONSTRUCTION STATEMENT

Midas Green Technologies, LLC and Green Revolution Cooling, Inc. submit this Joint Claim Construction Statement pursuant to the Scheduling Order (Dkt. 23). An editable copy of this Statement has also been emailed to the Judge's clerk.

**ONE AGREED TERM FOR US PATENT 10,405,457**

| AGREED TERM (claims 1 & 6) | AGREED CONSTRUCTION |
|---|---|
| "plenum" | "a structure for dispensing liquid" |

**THE FOUR DISPUTED TERMS FOR US PATENT 10,405,457**

| DISPUTED TERM 1 (claims 1 & 6) | MIDAS PROPOSAL | GRC PROPOSAL |
|---|---|---|
| "weir" | "an overflow structure or barrier that a liquid flows over" | "an overflow structure or barrier that determines the level of liquid" |

1

| DISPUTED TERM 2 (claims 1 & 6) | MIDAS PROPOSAL | GRC PROPOSAL |
|---|---|---|
| "a weir, integrated horizontally into the long wall of the tank" | *Plain Meaning* | *"a weir having a horizontal (as opposed to vertical) orientation that is integrated into the long wall of the tank"* |

| DISPUTED TERM 3 (claims 1 & 6) | MIDAS PROPOSAL | GRC PROPOSAL |
|---|---|---|
| "a dielectric fluid recovery reservoir . . . adapted to receive the dielectric fluid as it flows over the weir" | *Plain Meaning* | *"the dielectric fluid is received by the recovery reservoir as soon as the fluid flows over the weir"* |

| DISPUTED TERM 4 (claim 2) | MIDAS PROPOSAL | GRC PROPOSAL |
|---|---|---|
| "the tank and primary circulation facility comprise a highly-integrated module" | Not indefinite pursuant to 35 USC § 112 | Indefinite pursuant to 35 USC § 112 |

Pursuant to the Court's Standing Order Governing Proceedings – Patent Cases, both parties proposed the "weir" and "plenum" terms for construction, while Defendant proposed disputed terms 2-4 for construction.

DATED: January 15, 2025                    Respectfully submitted,

                                                    */s/ Joseph E. Thomas*
Joseph E. Thomas *(admitted p.h.v)*
William J. Kolegraff *(admitted p.h.v)*
Grant J. Thomas *(admitted p.h.v)*
THOMAS WHITELAW & KOLEGRAFF LLP
18101 Von Karman Ave., Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Fax: (949) 679-6405
jthomas@twtlaw.com
bkolegraff@twtlaw.com
gthomas@twtlaw.com

Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Attorneys for Plaintiff Midas Green Technologies LLC

3

JOINT CLAIM
CONSTRUCTION STATEMENT
#433313v1

Dated: January 15, 2025

Respectfully submitted,
**GREENBERG TRAURIG, LLP**

By: */s/ Ashley N. Moore*
    Ashley N. Moore
    State Bar No.: 24074748
    Ashley.Moore@gtlaw.com
    Peter S. Wahby
    State Bar No.: 24011171
    wahbyp@gtlaw.com
    Sarah-Michelle Stearns
    State Bar No.: 24099029
    SarahMichelle.Stearns@gtlaw.com
    2200 Ross Avenue, Suite 5200
    Dallas, TX 75201
    Telephone: (214) 665-3600
    Fax: (214) 665-3601

    Aimee Housinger
    State Bar No. 24083203
    housingera@gtlaw.com
    1000 Louisiana Street
    Suite 6700
    Houston, TX 77002

    Joseph Shaneyfelt
    State Bar No.: 24105406
    Joe.shaneyfelt@gtlaw.com
    300 West 6th Street
    Suite 2050
    Austin, TX 78701
    Telephone: (512) 320-7200
    Fax: (512) 320-7210

**ATTORNEYS FOR PLAINTIFF
GREEN REVOLUTION COOLING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, a true and correct copy of was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

        By   */s/ Tierra Mendiola*
                Tierra Mendiola